IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1108-KLM

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO,
BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF'S DEPARTMENT,
DISTRICT ATTORNEY LINDA STANLEY, in her individual and official capacity,
CHAFFEE COUNTY SHERIFF JOHN SPEZZE, in his individual and official capacity,
CHAFFEE COUNTY UNDERSHERIFF ANDREW ROHRICH,
ELEVENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE INVESTIGATOR ALEX WALKER,
DEPUTY DISTRICT ATTORNEY JEFFREY LINDSEY,
DEPUTY DISTRICT ATTORNEY MARK HURLBERT,
CHAFFEE COUNTY SHERIFF'S DETECTIVE ROBIN BURGESS,
CHAFFEE COUNTY SHERIFF'S DEPUTY RANDY CARRICATO,
CHAFFEE COUNTY SHERIFF'S DEPUTY SCOTT HIMSCHOOT,
CHAFFEE COUNTY SHERIFF'S SERGEANT CLAUDETTE HYSJULIEN.
CHAFFEE COUNTY SHERIFF'S SERGEANT WILLIAM PLACKNER,
COLORADO BUREAU OF INVESTIGATION DIRECTOR JOHN CAMPER,
COLORADO BUREAU OF INVESTIGATION AGENT JOSEPH CAHILL,
COLORADO BUREAU OF INVESTIGATION AGENT MEGAN DUGE,
COLORADO BUREAU OF INVESTIGATION AGENT CAITLIN ROGERS,
COLORADO BUREAU OF INVESTIGATION AGENT DEREK GRAHAM,
COLORADO BUREAU OF INVESTIGATION AGENT KEVIN KOBACK,
COLORADO BUREAU OF INVESTIGATION AGENT KIRBY LEWIS,
COLORADO BUREAU OF INVESTIGATIONS DEPUTY DIRECTOR OF INVESTIGATIONS CHRIS SCHAEFER,
FEDERAL BUREAU OF INVESTIGATION AGENT JONATHAN GRUSING,
FEDERAL BUREAU OF INVESTIGATION AGENT KENNETH HARRIS,
JOHN/JANE DOES 1-10,
AND OTHER UNKNOWN EMPLOYEES OF THE ELEVENTH JUDICIAL DISTRICT ATTORNEY,
AND OTHER UNKNOWN OFFICERS OF THE CHAFFEE COUNTY SHERIFF'S DEPARTMENT.

Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Scott A. Neckers of Overturf McGath & Hull, P.C. hereby enters his appearance as counsel of record on behalf of Defendant Joseph Cahill.

DATED this 11th day of May 2023.

        Respectfully submitted,

        **OVERTURF McGATH & HULL, P.C.**

By  *s/ Scott A. Neckers*
    Scott A. Neckers
    Overturf McGath & Hull, P.C.
    625 East Sixteenth Avenue, Suite 100
    Denver, Colorado 80203
    Tel: (303)860-2848
    Fax: (303) 860-2869
    san@omhlaw.com
    *Attorneys for Defendant Joseph Cahill*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

Jane Fisher-Byrialsen
David Fisher
Fisher & Byrialsen, PLLC
4600 South Syracuse St., 9th Floor,
Denver, Colorado 80237
(303) 256-6345
Jane@FBlaw.org

Hollis Whitson
Eric Samler
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 670-0575
Hollis@SamlerandWhitson.com

Iris Eytan
Eytan Law
2701 Lawrence St, Ste 108
Denver, CO 80205
(720) 440-8155
iris@eytanlawfirm.com
*ATTORNEYS FOR PLAINTIFF BARRY LEE MORPHEW*

*s/Jessica Pringle*