IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01108

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et al.,

    Defendants.

## ENTRY OF APPEARANCE

Hollis A. Whitson of SAMLER AND WHITSON, P.C. an attorney in good standing and duly licensed to practice before this Honorable Court, hereby enters her appearance as counsel of record for the Plaintiff Barry Morphew.

Respectfully submitted this 17th day of May, 2023.

                                                                         SAMLER AND WHITSON, PC

                                                                         s/ *Hollis A. Whitson*
                                                                         Hollis A. Whitson
                                                                         Samler and Whitson, PC
                                                                         1600 Stout Street, Suite 1400
                                                                         Denver, Colorado 80202
                                                                         303-670-0575
                                                                         hollis@samlerandwhitson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2023, I filed a copy of the foregoing **ENTRY OF APPEARANCE**, via CM/ECF which will send an electronic Notice of Electronic Service to all counsel of record.

                                                    */s/ Hollis A. Whitson*