IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01108

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et. al.,

    Defendants.

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Jane Byrialsen of Fisher & Byrialsen PLLC, appears on behalf of Barry Morphew, Plaintiff in the above-captioned matter. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

Respectfully submitted this 31st day of May, 2023.

*/s/ Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq. (JB9108)
Fisher & Byrialsen, PLLC
Attorneys for Barry Morphew
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
Phone: 303-256-6345
Jane@FBLaw.org

1

## CERTIFICATE OF SERVICE

   I hereby certify that on May 31, 2023, I filed a copy of the foregoing **ENTRY OF APPEARANCE**, via CM/ECF which will send an electronic Notice of Electronic Service to all counsel of record.

               */s/ Jane Byrialsen*

2