IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01108

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et. al.,

    Defendants.

---

**ENTRY OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that David Fisher of Fisher & Byrialsen PLLC, appears on behalf of Barry Morphew, Plaintiff in the above-captioned matter. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

Respectfully submitted this 31st day of May, 2023.

    */s/ David N. Fisher*
    David Fisher, Esq.
    Fisher & Byrialsen, PLLC
    Attorneys for Barry Morphew
    4600 S. Syracuse Street, 9th Floor
    Denver, CO 80237
    Phone: 303-256-6345
    David@FBLaw.org

1

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 31, 2023, I filed a copy of the foregoing **ENTRY OF APPEARANCE**, via CM/ECF which will send an electronic Notice of Electronic Service to all counsel of record.

            */s/ David Fisher*