# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01108

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et. al.,

    Defendants.

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Iris Eytan, or Eytan Law appears on behalf of Barry Morphew, Plaintiff in the above-captioned matter. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on counsel.

Respectfully submitted this 31st day of May, 2023.

    */s/ Iris Eytan*
    Iris Eytan, Esq.
    Eytan Law
    Attorney for Barry Morphew
    2701 Lawrence St. Ste. 108
    Denver, CO 80205
    Phone: 720-440-8155
    iris@eytanlawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2023, I filed a copy of the foregoing **ENTRY OF APPEARANCE**, via CM/ECF which will send an electronic Notice of Electronic Service to all counsel of record.

                */s/ Iris Eytan*

2