AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

BARRY MORPHEW

*Plaintiff(s)*

v.

CHAFFEE COUNTY, et. al.

*Defendant(s)*

Civil Action No. 1:23-cv-01108-KLM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CBI Agent Joseph Cahill
Colorado Bureau of Investigations
79 N. Silicon Drive
Pueblo West, Colorado 81007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jane Fisher-Byrialsen, #49133, 4600 S. Syracuse St. 9th Floor, Denver, CO 80237; Jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St, Ste 1400, Denver, CO 80202; Hollis@SamlerandWhitson.com;
Iris Eytan, 2701 Lawrence St. Ste 108, Denver, CO 80205; iris@eytanlawfirm.com;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-01108-KLM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset