**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff,* | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) Civil Action No. 23-cv-1108-KLM |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| | ) |
| *Defendants.* | ) |

---

**SUMMONS IN A CIVIL ACTION**

---

To:    Chaffee County Colorado
       104 Crestone Avenue
       Salida, CO 81201

       A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/19/2023

CLERK OF THE COURT

s/C. Madrid

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                                    )
                                         *Plaintiff,*                                  )
V.                                                                  )
                                                                   )
Chaffee County, Colorado,                                           )
Board of County Commissioners of Chaffee County, Colorado           )
Chaffee County Sheriff's Department                                 )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official    )
capacity,                                                           )
Chaffee County Undersheriff Andrew Rohrich,                         )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker )
Deputy District Attorney Jeffrey Lindsey                             )
Deputy District Attorney Mark Hurlbert                               )
Chaffee County Sheriff's Detective Robin Burgess,                   )
Chaffee County Sheriff's Deputy Randy Carricato                     )
Chaffee County Sheriff's Deputy Scott Himschoot,                    )
Chaffee County Sheriff Sergeant Claudette Hysjulien                 )
Chaffee County Sheriff Sergeant William Plackner,                   )
Colorado Bureau of Investigations Director John Camper              )
Colorado Bureau of Investigation Agent Joseph Cahill                )
Colorado Bureau of Investigation Agent Megan Duge                   )
Colorado Bureau of Investigation Agent Caitlin Rogers               )
Colorado Bureau of Investigation Agent Derek Graham                 )
Colorado Bureau of Investigation Agent Kevin Koback                 )
Colorado Bureau of Investigation Agent Kirby Lewis                  )
Colorado Bureau of Investigations Deputy Director of Investigations )
Chris Schaefer                                                      )
Federal Bureau of Investigations Agent Jonathan Grusing             )
Federal Bureau of Investigation Agent Kenneth Harris                )
John/Jane Does 1-10                                                 )
and other unknown employees of the Eleventh Judicial District       )
Attorney,                                                           )
and other unknown officers of the Chaffee County Sheriff's          )
Department                                                          )
                                                                   )
                                         *Defendants.*                                 )

---

## SUMMONS IN A CIVIL ACTION

---

To:     Board of County Commissioners Chaffee County, Colorado
           104 Crestone Avenue
           Salida, CO 81201

           A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____



*CLERK OF THE COURT*

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BARRY L. MORPHEW,                                                              )
                                      *Plaintiff,*                             )
V.                                                                            )
                                                                             )
Chaffee County, Colorado,                                                     )
Board of County Commissioners of Chaffee County, Colorado                     )
Chaffee County Sheriff's Department                                           )
District Attorney Linda Stanley, in her individual and official capacity      )
Chaffee County Sheriff John Spezze in his individual and official            )
capacity,                                                                     )
Chaffee County Undersheriff Andrew Rohrich,                                   )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker         )
Deputy District Attorney Jeffrey Lindsey                                       )
Deputy District Attorney Mark Hurlbert                                         )
Chaffee County Sheriff's Detective Robin Burgess,                             )
Chaffee County Sheriff's Deputy Randy Carricato                              )
Chaffee County Sheriff's Deputy Scott Himschoot,                              )
Chaffee County Sheriff Sergeant Claudette Hysjulien                          )
Chaffee County Sheriff Sergeant William Plackner,                            )
Colorado Bureau of Investigations Director John Camper                       )
Colorado Bureau of Investigation Agent Joseph Cahill                          )
Colorado Bureau of Investigation Agent Megan Duge                            )
Colorado Bureau of Investigation Agent Caitlin Rogers                        )
Colorado Bureau of Investigation Agent Derek Graham                          )
Colorado Bureau of Investigation Agent Kevin Koback                          )
Colorado Bureau of Investigation Agent Kirby Lewis                           )
Colorado Bureau of Investigations Deputy Director of Investigations          )
Chris Schaefer                                                               )
Federal Bureau of Investigations Agent Jonathan Grusing                      )
Federal Bureau of Investigation Agent Kenneth Harris                         )
John/Jane Does 1-10                                                          )
and other unknown employees of the Eleventh Judicial District               )
Attorney,                                                                     )
and other unknown officers of the Chaffee County Sheriff's                   )
Department                                                                    )
                                                                             )
                                      *Defendants.*                           )

---

**SUMMONS IN A CIVIL ACTION**

---

To:     Chaffee County Sheriff's Office
        641 W. 3rd Street
        Salida, CO 81201

        A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: _____   7/19/2023

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff,* | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) Civil Action No. 23-cv-1108-KLM |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| *Defendants.* | ) |

### SUMMONS IN A CIVIL ACTION

To:     District Attorney Linda Stanley
        11th Judicial District Attorney's Office
        136 Justice Center Road Suite 203
        Canon City, CO 81212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: _____   7/19/2023

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                              )
                              *Plaintiff,*                                    )

V.                                                            )
                                                              )
Chaffee County, Colorado,                                     )
Board of County Commissioners of Chaffee County, Colorado     )
Chaffee County Sheriff's Department                           )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official         )
capacity,                                                     )
Chaffee County Undersheriff Andrew Rohrich,                   )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker     )
Deputy District Attorney Jeffrey Lindsey                      )
Deputy District Attorney Mark Hurlbert                        )
Chaffee County Sheriff's Detective Robin Burgess,             )
Chaffee County Sheriff's Deputy Randy Carricato               )
Chaffee County Sheriff's Deputy Scott Himschoot,             )
Chaffee County Sheriff Sergeant Claudette Hysjulien          )
Chaffee County Sheriff Sergeant William Plackner,            )
Colorado Bureau of Investigations Director John Camper        )
Colorado Bureau of Investigation Agent Joseph Cahill          )
Colorado Bureau of Investigation Agent Megan Duge             )
Colorado Bureau of Investigation Agent Caitlin Rogers         )
Colorado Bureau of Investigation Agent Derek Graham           )
Colorado Bureau of Investigation Agent Kevin Koback           )
Colorado Bureau of Investigation Agent Kirby Lewis            )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                                )
Federal Bureau of Investigations Agent Jonathan Grusing       )
Federal Bureau of Investigation Agent Kenneth Harris          )
John/Jane Does 1-10                                           )
and other unknown employees of the Eleventh Judicial District )
Attorney,                                                     )
and other unknown officers of the Chaffee County Sheriff's    )
Department                                                    )
                                                              )
                              *Defendants.*                                  )

---

## SUMMONS IN A CIVIL ACTION

---

To:     Chaffee County Sheriff John Spezze
         Chaffee County Sheriff's Office
         641 W. 3rd Street
         Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   7/19/2023



CLERK OF THE COURT

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                                      )
                                          *Plaintiff*,                 )
V.                                                                     )
                                                                       )
Chaffee County, Colorado,                                             )
Board of County Commissioners of Chaffee County, Colorado             )
Chaffee County Sheriff's Department                                   )
District Attorney Linda Stanley, in her individual and official capacity )
Chaffee County Sheriff John Spezze in his individual and official      )
capacity,                                                              )
Chaffee County Undersheriff Andrew Rohrich,                           )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker  )
Deputy District Attorney Jeffrey Lindsey                              )
Deputy District Attorney Mark Hurlbert                               )
Chaffee County Sheriff's Detective Robin Burgess,                    )
Chaffee County Sheriff's Deputy Randy Carricato                      )
Chaffee County Sheriff's Deputy Scott Himschoot,                     )
Chaffee County Sheriff Sergeant Claudette Hysjulien                  )
Chaffee County Sheriff Sergeant William Plackner,                    )
Colorado Bureau of Investigations Director John Camper               )
Colorado Bureau of Investigation Agent Joseph Cahill                 )
Colorado Bureau of Investigation Agent Megan Duge                    )
Colorado Bureau of Investigation Agent Caitlin Rogers                )
Colorado Bureau of Investigation Agent Derek Graham                  )
Colorado Bureau of Investigation Agent Kevin Koback                  )
Colorado Bureau of Investigation Agent Kirby Lewis                   )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                                       )
Federal Bureau of Investigations Agent Jonathan Grusing             )
Federal Bureau of Investigation Agent Kenneth Harris                )
John/Jane Does 1-10                                                  )
and other unknown employees of the Eleventh Judicial District        )
Attorney,                                                            )
and other unknown officers of the Chaffee County Sheriff's          )
Department                                                          )
                                                                     )
                                          *Defendants*.               )

---

## SUMMONS IN A CIVIL ACTION

---

To:    Chaffee County Undersheriff Andrew Rohrich
       Chaffee County Sheriff's Office
       641 W. 3rd Street
       Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 7/19/2023

CLERK OF THE COURT

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                          )
        *Plaintiff,*          )
V.                                                        )
                                                          )
Chaffee County, Colorado,                                 )
Board of County Commissioners of Chaffee County, Colorado )
Chaffee County Sheriff's Department                       )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official  )
capacity,                                                 )
Chaffee County Undersheriff Andrew Rohrich,               )  Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker  )
Deputy District Attorney Jeffrey Lindsey                  )
Deputy District Attorney Mark Hurlbert                    )
Chaffee County Sheriff's Detective Robin Burgess,         )
Chaffee County Sheriff's Deputy Randy Carricato           )
Chaffee County Sheriff's Deputy Scott Himschoot,          )
Chaffee County Sheriff Sergeant Claudette Hysjulien       )
Chaffee County Sheriff Sergeant William Plackner,         )
Colorado Bureau of Investigations Director John Camper    )
Colorado Bureau of Investigation Agent Joseph Cahill      )
Colorado Bureau of Investigation Agent Megan Duge         )
Colorado Bureau of Investigation Agent Caitlin Rogers     )
Colorado Bureau of Investigation Agent Derek Graham       )
Colorado Bureau of Investigation Agent Kevin Koback       )
Colorado Bureau of Investigation Agent Kirby Lewis        )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                            )
Federal Bureau of Investigations Agent Jonathan Grusing   )
Federal Bureau of Investigation Agent Kenneth Harris      )
John/Jane Does 1-10                                       )
and other unknown employees of the Eleventh Judicial District  )
Attorney,                                                 )
and other unknown officers of the Chaffee County Sheriff's  )
Department                                                )
                                                          )
        *Defendants.*          )

---

## SUMMONS IN A CIVIL ACTION

---

To:  Corporal Alex Walker
   Chaffee County Sheriff's Department
   641 W. 3rd Street
   Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF THE COURT

Date:   7/19/2023

s/C. Madrid

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BARRY L. MORPHEW,                                )
                                    *Plaintiff,*                )
V.                                              )
                                                )
Chaffee County, Colorado,                       )
Board of County Commissioners of Chaffee County, Colorado    )
Chaffee County Sheriff's Department             )
District Attorney Linda Stanley, in her individual and official capacity    )
Chaffee County Sheriff John Spezze in his individual and official    )
capacity,                                       )
Chaffee County Undersheriff Andrew Rohrich,     )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker    )
Deputy District Attorney Jeffrey Lindsey        )
Deputy District Attorney Mark Hurlbert          )
Chaffee County Sheriff's Detective Robin Burgess,    )
Chaffee County Sheriff's Deputy Randy Carricato    )
Chaffee County Sheriff's Deputy Scott Himschoot,    )
Chaffee County Sheriff Sergeant Claudette Hysjulien    )
Chaffee County Sheriff Sergeant William Plackner,    )
Colorado Bureau of Investigations Director John Camper    )
Colorado Bureau of Investigation Agent Joseph Cahill    )
Colorado Bureau of Investigation Agent Megan Duge    )
Colorado Bureau of Investigation Agent Caitlin Rogers    )
Colorado Bureau of Investigation Agent Derek Graham    )
Colorado Bureau of Investigation Agent Kevin Koback    )
Colorado Bureau of Investigation Agent Kirby Lewis    )
Colorado Bureau of Investigations Deputy Director of Investigations    )
Chris Schaefer                                  )
Federal Bureau of Investigations Agent Jonathan Grusing    )
Federal Bureau of Investigation Agent Kenneth Harris    )
John/Jane Does 1-10                             )
and other unknown employees of the Eleventh Judicial District    )
Attorney,                                       )
and other unknown officers of the Chaffee County Sheriff's    )
Department                                      )
                                                )
                                    *Defendants.*                )

---

**SUMMONS IN A CIVIL ACTION**

---

To:       Deputy District Attorney Jeffrey Lindsey
          10th Judicial District Attorney's Office
          701 Court Street Ste A
          Pueblo, CO 81003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

*CLERK OF THE COURT*

s/C. Madrid

_____

*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff,* | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) Civil Action No. 23-cv-1108-KLM |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| *Defendants.* | ) |

## SUMMONS IN A CIVIL ACTION

To:    Deputy District Attorney Mark Hurlbert
       11th Judicial District Attorney's Office
       300 4th Street
       Fairplay, CO 80440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

CLERK OF THE COURT

s/C. Madrid
_____
Signature of Clerk or Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                              )
                                    *Plaintiff,*              )
V.                                                            )
                                                             )
Chaffee County, Colorado,                                     )
Board of County Commissioners of Chaffee County, Colorado    )
Chaffee County Sheriff's Department                           )
District Attorney Linda Stanley, in her individual and official capacity   )
Chaffee County Sheriff John Spezze in his individual and official   )
capacity,                                                     )
Chaffee County Undersheriff Andrew Rohrich,                   )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker   )
Deputy District Attorney Jeffrey Lindsey                      )
Deputy District Attorney Mark Hurlbert                        )
Chaffee County Sheriff's Detective Robin Burgess,             )
Chaffee County Sheriff's Deputy Randy Carricato               )
Chaffee County Sheriff's Deputy Scott Himschoot,              )
Chaffee County Sheriff Sergeant Claudette Hysjulien           )
Chaffee County Sheriff Sergeant William Plackner,             )
Colorado Bureau of Investigations Director John Camper        )
Colorado Bureau of Investigation Agent Joseph Cahill          )
Colorado Bureau of Investigation Agent Megan Duge             )
Colorado Bureau of Investigation Agent Caitlin Rogers         )
Colorado Bureau of Investigation Agent Derek Graham           )
Colorado Bureau of Investigation Agent Kevin Koback           )
Colorado Bureau of Investigation Agent Kirby Lewis            )
Colorado Bureau of Investigations Deputy Director of Investigations   )
Chris Schaefer                                                )
Federal Bureau of Investigations Agent Jonathan Grusing       )
Federal Bureau of Investigation Agent Kenneth Harris          )
John/Jane Does 1-10                                           )
and other unknown employees of the Eleventh Judicial District   )
Attorney,                                                     )
and other unknown officers of the Chaffee County Sheriff's    )
Department                                                    )
                                                             )
                                    *Defendants.*            )

---

### SUMMONS IN A CIVIL ACTION

---

To:     Chaffee County Sheriff's Detective Robin Burgess
        Chaffee County Sheriff's Office
        641 W. 3rd Street
        Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT



Date:  _____7/19/2023_____

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff*, | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| *Defendants*. | ) |

Civil Action No. 23-cv-1108-KLM

---

### SUMMONS IN A CIVIL ACTION

---

To:    (Ret) Chaffee County Sheriff's Deputy Randy Carricato
       1183 S. Camino Pablo Ln
       Pueblo, CO 81007

       A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date:   7/19/2023

s/C. Madrid

*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                                  )
                              *Plaintiff,*                         )
V.                                                                 )
                                                                   )
Chaffee County, Colorado,                                          )
Board of County Commissioners of Chaffee County, Colorado          )
Chaffee County Sheriff's Department                                )
District Attorney Linda Stanley, in her individual and official capacity )
Chaffee County Sheriff John Spezze in his individual and official   )
capacity,                                                          )
Chaffee County Undersheriff Andrew Rohrich,                        )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker )
Deputy District Attorney Jeffrey Lindsey                           )
Deputy District Attorney Mark Hurlbert                             )
Chaffee County Sheriff's Detective Robin Burgess,                  )
Chaffee County Sheriff's Deputy Randy Carricato                    )
Chaffee County Sheriff's Deputy Scott Himschoot,                   )
Chaffee County Sheriff Sergeant Claudette Hysjulien               )
Chaffee County Sheriff Sergeant William Plackner,                  )
Colorado Bureau of Investigations Director John Camper             )
Colorado Bureau of Investigation Agent Joseph Cahill               )
Colorado Bureau of Investigation Agent Megan Duge                  )
Colorado Bureau of Investigation Agent Caitlin Rogers              )
Colorado Bureau of Investigation Agent Derek Graham                )
Colorado Bureau of Investigation Agent Kevin Koback                )
Colorado Bureau of Investigation Agent Kirby Lewis                 )
Colorado Bureau of Investigations Deputy Director of Investigations )
Chris Schaefer                                                     )
Federal Bureau of Investigations Agent Jonathan Grusing            )
Federal Bureau of Investigation Agent Kenneth Harris               )
John/Jane Does 1-10                                                )
and other unknown employees of the Eleventh Judicial District       )
Attorney,                                                          )
and other unknown officers of the Chaffee County Sheriff's          )
Department                                                         )
                                                                   )
                              *Defendants.*                        )

---

## SUMMONS IN A CIVIL ACTION

---

To:     Chaffee County Sheriff's Deputy Scott Himschoot
        Chaffee County Sheriff's Office
        641 W. 3rd Street
        Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

CLERK OF THE COURT

_____s/C. Madrid_____

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BARRY L. MORPHEW,                                                    )
                              *Plaintiff,*                         )
V.                                                                  )
                                                         )
Chaffee County, Colorado,                                            )
Board of County Commissioners of Chaffee County, Colorado            )
Chaffee County Sheriff's Department                                  )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official         )
capacity,                                                            )
Chaffee County Undersheriff Andrew Rohrich,                          )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker )
Deputy District Attorney Jeffrey Lindsey                             )
Deputy District Attorney Mark Hurlbert                               )
Chaffee County Sheriff's Detective Robin Burgess,                    )
Chaffee County Sheriff's Deputy Randy Carricato                      )
Chaffee County Sheriff's Deputy Scott Himschoot,                     )
Chaffee County Sheriff Sergeant Claudette Hysjulien                  )
Chaffee County Sheriff Sergeant William Plackner,                    )
Colorado Bureau of Investigations Director John Camper               )
Colorado Bureau of Investigation Agent Joseph Cahill                 )
Colorado Bureau of Investigation Agent Megan Duge                    )
Colorado Bureau of Investigation Agent Caitlin Rogers                )
Colorado Bureau of Investigation Agent Derek Graham                  )
Colorado Bureau of Investigation Agent Kevin Koback                  )
Colorado Bureau of Investigation Agent Kirby Lewis                   )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                                       )
Federal Bureau of Investigations Agent Jonathan Grusing              )
Federal Bureau of Investigation Agent Kenneth Harris                 )
John/Jane Does 1-10                                                  )
and other unknown employees of the Eleventh Judicial District        )
Attorney,                                                            )
and other unknown officers of the Chaffee County Sheriff's           )
Department                                                           )
                                                         )
                                   *Defendants.*                      )

---

**SUMMONS IN A CIVIL ACTION**

---

To:     Chaffee County Sheriff's Sergeant Claudette Hysjulien
           Chaffee County Sheriff's Office
           641 W. 3rd Street
           Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

CLERK OF THE COURT

s/C. Madrid

_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                              )
                                    *Plaintiff,*              )
V.                                                            )
                                                             )
Chaffee County, Colorado,                                    )
Board of County Commissioners of Chaffee County, Colorado    )
Chaffee County Sheriff's Department                          )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official  )
capacity,                                                    )
Chaffee County Undersheriff Andrew Rohrich,                  )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker  )
Deputy District Attorney Jeffrey Lindsey                     )
Deputy District Attorney Mark Hurlbert                       )
Chaffee County Sheriff's Detective Robin Burgess,            )
Chaffee County Sheriff's Deputy Randy Carricato              )
Chaffee County Sheriff's Deputy Scott Himschoot,             )
Chaffee County Sheriff Sergeant Claudette Hysjulien          )
Chaffee County Sheriff Sergeant William Plackner,            )
Colorado Bureau of Investigations Director John Camper       )
Colorado Bureau of Investigation Agent Joseph Cahill         )
Colorado Bureau of Investigation Agent Megan Duge            )
Colorado Bureau of Investigation Agent Caitlin Rogers        )
Colorado Bureau of Investigation Agent Derek Graham          )
Colorado Bureau of Investigation Agent Kevin Koback          )
Colorado Bureau of Investigation Agent Kirby Lewis           )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                               )
Federal Bureau of Investigations Agent Jonathan Grusing      )
Federal Bureau of Investigation Agent Kenneth Harris         )
John/Jane Does 1-10                                          )
and other unknown employees of the Eleventh Judicial District  )
Attorney,                                                    )
and other unknown officers of the Chaffee County Sheriff's   )
Department                                                   )
                                                             )
                                    *Defendants.*            )

_____

## SUMMONS IN A CIVIL ACTION

_____

To:     Chaffee County Sheriff's Sergeant William Plackner
        Chaffee County Sheriff's Office
        641 W. 3rd Street
        Salida, CO 81201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   7/19/2023

*CLERK OF THE COURT*

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                           )
                                     *Plaintiff,*                     )
V.                                                          )
                                                           )
Chaffee County, Colorado,                                   )
Board of County Commissioners of Chaffee County, Colorado   )
Chaffee County Sheriff's Department                         )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official         )
capacity,                                                   )
Chaffee County Undersheriff Andrew Rohrich,                 )    Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker      )
Deputy District Attorney Jeffrey Lindsey                    )
Deputy District Attorney Mark Hurlbert                      )
Chaffee County Sheriff's Detective Robin Burgess,           )
Chaffee County Sheriff's Deputy Randy Carricato             )
Chaffee County Sheriff's Deputy Scott Himschoot,            )
Chaffee County Sheriff Sergeant Claudette Hysjulien         )
Chaffee County Sheriff Sergeant William Plackner,           )
Colorado Bureau of Investigations Director John Camper      )
Colorado Bureau of Investigation Agent Joseph Cahill        )
Colorado Bureau of Investigation Agent Megan Duge           )
Colorado Bureau of Investigation Agent Caitlin Rogers       )
Colorado Bureau of Investigation Agent Derek Graham         )
Colorado Bureau of Investigation Agent Kevin Koback         )
Colorado Bureau of Investigation Agent Kirby Lewis          )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                              )
Federal Bureau of Investigations Agent Jonathan Grusing     )
Federal Bureau of Investigation Agent Kenneth Harris        )
John/Jane Does 1-10                                         )
and other unknown employees of the Eleventh Judicial District   )
Attorney,                                                   )
and other unknown officers of the Chaffee County Sheriff's  )
Department                                                  )
                                                           )
                                   *Defendants.*                    )

---

## SUMMONS IN A CIVIL ACTION

---

To:    CBI Director John Camper
       CBI Headquarters
       690 Kipling St., Suite 3000
       Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

CLERK OF THE COURT

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff*, | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) Civil Action No. 23-cv-1108-KLM |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| *Defendants*. | ) |

## SUMMONS IN A CIVIL ACTION

To:     CBI Agent Joseph Cahill
        Colorado Bureau of Investigations
        79 N. Silicon Drive
        Pueblo West, Colorado 81007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ 7/19/2023 _____

*CLERK OF THE COURT*

s/C. Madrid
_____

*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BARRY L. MORPHEW,                                              )
                         *Plaintiff,*         )
V.                                                             )
                                                              )
Chaffee County, Colorado,                                      )
Board of County Commissioners of Chaffee County, Colorado      )
Chaffee County Sheriff's Department                            )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official  )
capacity,                                                      )
Chaffee County Undersheriff Andrew Rohrich,                    )    Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker  )
Deputy District Attorney Jeffrey Lindsey                       )
Deputy District Attorney Mark Hurlbert                         )
Chaffee County Sheriff's Detective Robin Burgess,              )
Chaffee County Sheriff's Deputy Randy Carricato                )
Chaffee County Sheriff's Deputy Scott Himschoot,               )
Chaffee County Sheriff Sergeant Claudette Hysjulien            )
Chaffee County Sheriff Sergeant William Plackner,              )
Colorado Bureau of Investigations Director John Camper         )
Colorado Bureau of Investigation Agent Joseph Cahill           )
Colorado Bureau of Investigation Agent Megan Duge              )
Colorado Bureau of Investigation Agent Caitlin Rogers          )
Colorado Bureau of Investigation Agent Derek Graham            )
Colorado Bureau of Investigation Agent Kevin Koback            )
Colorado Bureau of Investigation Agent Kirby Lewis             )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                                 )
Federal Bureau of Investigations Agent Jonathan Grusing        )
Federal Bureau of Investigation Agent Kenneth Harris           )
John/Jane Does 1-10                                            )
and other unknown employees of the Eleventh Judicial District  )
Attorney,                                                      )
and other unknown officers of the Chaffee County Sheriff's     )
Department                                                     )
                                                              )
                         *Defendants.*        )

---

**SUMMONS IN A CIVIL ACTION**

---

To:     Megan Duge
        Colorado Bureau of Investigation
        79 N. Silicon Drive
        Pueblo West, CO 81007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _____7/19/2023_____

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff,* | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) Civil Action No. 23-cv-1108-KLM |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| *Defendants.* | ) |

---

**SUMMONS IN A CIVIL ACTION**

---

To:     Caitlin Rogers DNA Analyst, Forensic Scientist
        Colorado Bureau of Investigation
        79 N. Silicon Drive
        Pueblo West, CO 81007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

CLERK OF THE COURT

s/C. Madrid

_____
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

BARRY L. MORPHEW,                                             )
                                        *Plaintiff,*          )
V.                                                           )
                                                             )
Chaffee County, Colorado,                                    )
Board of County Commissioners of Chaffee County, Colorado    )
Chaffee County Sheriff's Department                          )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official         )
capacity,                                                    )
Chaffee County Undersheriff Andrew Rohrich,                  )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker  )
Deputy District Attorney Jeffrey Lindsey                     )
Deputy District Attorney Mark Hurlbert                       )
Chaffee County Sheriff's Detective Robin Burgess,            )
Chaffee County Sheriff's Deputy Randy Carricato              )
Chaffee County Sheriff's Deputy Scott Himschoot,             )
Chaffee County Sheriff Sergeant Claudette Hysjulien          )
Chaffee County Sheriff Sergeant William Plackner,            )
Colorado Bureau of Investigations Director John Camper       )
Colorado Bureau of Investigation Agent Joseph Cahill         )
Colorado Bureau of Investigation Agent Megan Duge            )
Colorado Bureau of Investigation Agent Caitlin Rogers        )
Colorado Bureau of Investigation Agent Derek Graham          )
Colorado Bureau of Investigation Agent Kevin Koback          )
Colorado Bureau of Investigation Agent Kirby Lewis           )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                               )
Federal Bureau of Investigations Agent Jonathan Grusing      )
Federal Bureau of Investigation Agent Kenneth Harris         )
John/Jane Does 1-10                                          )
and other unknown employees of the Eleventh Judicial District  )
Attorney,                                                    )
and other unknown officers of the Chaffee County Sheriff's   )
Department                                                   )
                                                             )
                                        *Defendants.*        )

---

**SUMMONS IN A CIVIL ACTION**

---

To:     CBI Agent Derek Graham
        CBI Headquarters
        690 Kipling St., Suite 3000
        Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   7/19/2023

*CLERK OF THE COURT*

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                                )
                                *Plaintiff,*                 )
V.                                                               )
                                                                )
Chaffee County, Colorado,                                        )
Board of County Commissioners of Chaffee County, Colorado        )
Chaffee County Sheriff's Department                              )
District Attorney Linda Stanley, in her individual and official capacity  )
Chaffee County Sheriff John Spezze in his individual and official  )
capacity,                                                        )
Chaffee County Undersheriff Andrew Rohrich,                      )     Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker  )
Deputy District Attorney Jeffrey Lindsey                          )
Deputy District Attorney Mark Hurlbert                            )
Chaffee County Sheriff's Detective Robin Burgess,                )
Chaffee County Sheriff's Deputy Randy Carricato                  )
Chaffee County Sheriff's Deputy Scott Himschoot,                 )
Chaffee County Sheriff Sergeant Claudette Hysjulien             )
Chaffee County Sheriff Sergeant William Plackner,                )
Colorado Bureau of Investigations Director John Camper           )
Colorado Bureau of Investigation Agent Joseph Cahill             )
Colorado Bureau of Investigation Agent Megan Duge                )
Colorado Bureau of Investigation Agent Caitlin Rogers            )
Colorado Bureau of Investigation Agent Derek Graham              )
Colorado Bureau of Investigation Agent Kevin Koback              )
Colorado Bureau of Investigation Agent Kirby Lewis               )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                                   )
Federal Bureau of Investigations Agent Jonathan Grusing          )
Federal Bureau of Investigation Agent Kenneth Harris             )
John/Jane Does 1-10                                              )
and other unknown employees of the Eleventh Judicial District    )
Attorney,                                                        )
and other unknown officers of the Chaffee County Sheriff's       )
Department                                                       )
                                                                )
                           *Defendants.*                )

---

## SUMMONS IN A CIVIL ACTION

---

To:     CBI Agent Kevin Koback
        CBI Headquarters
        690 Kipling St., Suite 3000
        Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _____7/19/2023_____

s/C. Madrid

*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                                    )
                                *Plaintiff,*                              )
V.                                                                  )
                                                                    )
Chaffee County, Colorado,                                           )
Board of County Commissioners of Chaffee County, Colorado           )
Chaffee County Sheriff's Department                                 )
District Attorney Linda Stanley, in her individual and official capacity )
Chaffee County Sheriff John Spezze in his individual and official    )
capacity,                                                           )
Chaffee County Undersheriff Andrew Rohrich,                         )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker )
Deputy District Attorney Jeffrey Lindsey                            )
Deputy District Attorney Mark Hurlbert                              )
Chaffee County Sheriff's Detective Robin Burgess,                   )
Chaffee County Sheriff's Deputy Randy Carricato                     )
Chaffee County Sheriff's Deputy Scott Himschoot,                    )
Chaffee County Sheriff Sergeant Claudette Hysjulien                 )
Chaffee County Sheriff Sergeant William Plackner,                   )
Colorado Bureau of Investigations Director John Camper              )
Colorado Bureau of Investigation Agent Joseph Cahill                )
Colorado Bureau of Investigation Agent Megan Duge                   )
Colorado Bureau of Investigation Agent Caitlin Rogers               )
Colorado Bureau of Investigation Agent Derek Graham                 )
Colorado Bureau of Investigation Agent Kevin Koback                 )
Colorado Bureau of Investigation Agent Kirby Lewis                  )
Colorado Bureau of Investigations Deputy Director of Investigations )
Chris Schaefer                                                      )
Federal Bureau of Investigations Agent Jonathan Grusing             )
Federal Bureau of Investigation Agent Kenneth Harris                )
John/Jane Does 1-10                                                 )
and other unknown employees of the Eleventh Judicial District        )
Attorney,                                                           )
and other unknown officers of the Chaffee County Sheriff's           )
Department                                                          )
                                                                    )
                                                                    )
                                  *Defendants.*                             )

---

## SUMMONS IN A CIVIL ACTION

---

To:     CBI Agent Kirby Lewis
          CBI Headquarters
          690 Kipling St., Suite 3000
          Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____7/19/2023_____

*CLERK OF THE COURT*

s/C. Madrid

_____

*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY L. MORPHEW, | ) |
| *Plaintiff,* | ) |
| V. | ) |
| | ) |
| Chaffee County, Colorado, | ) |
| Board of County Commissioners of Chaffee County, Colorado | ) |
| Chaffee County Sheriff's Department | ) |
| District Attorney Linda Stanley, in her individual and official capacity | ) |
| Chaffee County Sheriff John Spezze in his individual and official capacity, | ) |
| Chaffee County Undersheriff Andrew Rohrich, | ) Civil Action No. 23-cv-1108-KLM |
| Eleventh Judicial District Attorney's Office Investigator Alex Walker | ) |
| Deputy District Attorney Jeffrey Lindsey | ) |
| Deputy District Attorney Mark Hurlbert | ) |
| Chaffee County Sheriff's Detective Robin Burgess, | ) |
| Chaffee County Sheriff's Deputy Randy Carricato | ) |
| Chaffee County Sheriff's Deputy Scott Himschoot, | ) |
| Chaffee County Sheriff Sergeant Claudette Hysjulien | ) |
| Chaffee County Sheriff Sergeant William Plackner, | ) |
| Colorado Bureau of Investigations Director John Camper | ) |
| Colorado Bureau of Investigation Agent Joseph Cahill | ) |
| Colorado Bureau of Investigation Agent Megan Duge | ) |
| Colorado Bureau of Investigation Agent Caitlin Rogers | ) |
| Colorado Bureau of Investigation Agent Derek Graham | ) |
| Colorado Bureau of Investigation Agent Kevin Koback | ) |
| Colorado Bureau of Investigation Agent Kirby Lewis | ) |
| Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer | ) |
| Federal Bureau of Investigations Agent Jonathan Grusing | ) |
| Federal Bureau of Investigation Agent Kenneth Harris | ) |
| John/Jane Does 1-10 | ) |
| and other unknown employees of the Eleventh Judicial District Attorney, | ) |
| and other unknown officers of the Chaffee County Sheriff's Department | ) |
| | ) |
| *Defendants.* | ) |

---

## SUMMONS IN A CIVIL ACTION

---

To:   CBI Deputy Director of Investigations Chris Schaefer
      CBI Headquarters
      690 Kipling St., Suite 3000
      Lakewood, CO 80215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _____ 7/19/2023 _____

s/C. Madrid

_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,                                                     )
                                              *Plaintiff*,            )
V.                                                                   )
                                                                     )
Chaffee County, Colorado,                                            )
Board of County Commissioners of Chaffee County, Colorado           )
Chaffee County Sheriff's Department                                  )
District Attorney Linda Stanley, in her individual and official capacity )
Chaffee County Sheriff John Spezze in his individual and official    )
capacity,                                                            )
Chaffee County Undersheriff Andrew Rohrich,                          )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker )
Deputy District Attorney Jeffrey Lindsey                             )
Deputy District Attorney Mark Hurlbert                               )
Chaffee County Sheriff's Detective Robin Burgess,                    )
Chaffee County Sheriff's Deputy Randy Carricato                      )
Chaffee County Sheriff's Deputy Scott Himschoot,                     )
Chaffee County Sheriff Sergeant Claudette Hysjulien                  )
Chaffee County Sheriff Sergeant William Plackner,                    )
Colorado Bureau of Investigations Director John Camper               )
Colorado Bureau of Investigation Agent Joseph Cahill                 )
Colorado Bureau of Investigation Agent Megan Duge                    )
Colorado Bureau of Investigation Agent Caitlin Rogers                )
Colorado Bureau of Investigation Agent Derek Graham                  )
Colorado Bureau of Investigation Agent Kevin Koback                  )
Colorado Bureau of Investigation Agent Kirby Lewis                   )
Colorado Bureau of Investigations Deputy Director of Investigations  )
Chris Schaefer                                                       )
Federal Bureau of Investigations Agent Jonathan Grusing              )
Federal Bureau of Investigation Agent Kenneth Harris                 )
John/Jane Does 1-10                                                  )
and other unknown employees of the Eleventh Judicial District        )
Attorney,                                                            )
and other unknown officers of the Chaffee County Sheriff's           )
Department                                                           )
                                                                     )
                                              *Defendants*.           )

---

## SUMMONS IN A CIVIL ACTION

---

To:     Jonathan Grusing Former FBI Agent
        Director of Safety and Security Douglas County School District
        2812 Highway 85 Building E
        Castle Rock, CO 80109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _____7/19/2023_____

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BARRY L. MORPHEW,                                                    )
                                   *Plaintiff,*                                         )
V.                                                                  )
                                                                    )
Chaffee County, Colorado,                                           )
Board of County Commissioners of Chaffee County, Colorado           )
Chaffee County Sheriff's Department                                 )
District Attorney Linda Stanley, in her individual and official capacity )
Chaffee County Sheriff John Spezze in his individual and official    )
capacity,                                                           )
Chaffee County Undersheriff Andrew Rohrich,                         )   Civil Action No. 23-cv-1108-KLM
Eleventh Judicial District Attorney's Office Investigator Alex Walker )
Deputy District Attorney Jeffrey Lindsey                             )
Deputy District Attorney Mark Hurlbert                              )
Chaffee County Sheriff's Detective Robin Burgess,                   )
Chaffee County Sheriff's Deputy Randy Carricato                     )
Chaffee County Sheriff's Deputy Scott Himschoot,                    )
Chaffee County Sheriff Sergeant Claudette Hysjulien                 )
Chaffee County Sheriff Sergeant William Plackner,                   )
Colorado Bureau of Investigations Director John Camper              )
Colorado Bureau of Investigation Agent Joseph Cahill                )
Colorado Bureau of Investigation Agent Megan Duge                   )
Colorado Bureau of Investigation Agent Caitlin Rogers               )
Colorado Bureau of Investigation Agent Derek Graham                 )
Colorado Bureau of Investigation Agent Kevin Koback                 )
Colorado Bureau of Investigation Agent Kirby Lewis                  )
Colorado Bureau of Investigations Deputy Director of Investigations )
Chris Schaefer                                                      )
Federal Bureau of Investigations Agent Jonathan Grusing             )
Federal Bureau of Investigation Agent Kenneth Harris                )
John/Jane Does 1-10                                                 )
and other unknown employees of the Eleventh Judicial District       )
Attorney,                                                           )
and other unknown officers of the Chaffee County Sheriff's          )
Department                                                          )
                                                                    )
                                     *Defendants.*                                     )

---

**SUMMONS IN A CIVIL ACTION**

---

To:     FBI Special Agent Kenneth Harris
         Federal Bureau of Investigations Colorado Field Office
         8000 E. 36th Avenue
         Denver, CO 80238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _____     7/19/2023

s/C. Madrid

_____
Signature of Clerk or Deputy Clerk