IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BARRY L. MORPHEW,
                Plaintiff,

v.

Chaffee County, Colorado,
Board of County Commissioners of Chaffee County, Colorado
Chaffee County Sheriff's Department
District Attorney Linda Stanley, in her individual and official capacity
Chaffee County Sheriff John Spezze in his individual and official capacity,
Chaffee County Undersheriff Andrew Rohrich,
Eleventh Judicial District Attorney's Office Investigator Alex Walker
Deputy District Attorney Jeffrey Lindsey
Deputy District Attorney Mark Hurlbert
Chaffee County Sheriff's Detective Robin Burgess,
Chaffee County Sheriff's Deputy Randy Curricato
Chaffee County Sheriff's Deputy Scott Himselman,
Chaffee County Sheriff Sergeant Claudette Hysjulien
Chaffee County Sheriff Sergeant William Plackner,
Colorado Bureau of Investigations Director John Camper
Colorado Bureau of Investigation Agent Joseph Cahill
Colorado Bureau of Investigation Agent Megan Duge
Colorado Bureau of Investigation Agent Caitlin Rogers
Colorado Bureau of Investigation Agent Derek Graham
Colorado Bureau of Investigation Agent Kevin Koback
Colorado Bureau of Investigation Agent Kirby Lewis
Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer
Federal Bureau of Investigations Agent Jonathan Grusing
Federal Bureau of Investigation Agent Kenneth Harris
John/Jane Does 1-10
and other unknown employees of the Eleventh Judicial District Attorney,
and other unknown officers of the Chaffee County Sheriff's Department
                Defendants

Civil Action No. 23-cv-1108-KLM

## SUMMONS IN A CIVIL ACTION

To:   Chaffee County Colorado
      104 Crestone Avenue
      Salida, CO 81201

A lawsuit has been filed against you.

Case No. 1:23-cv-01108-KLM   Document 15   filed 07/19/23   USDC Colorado   pg 2 of 48

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St, 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St, Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St, Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: 7/19/2023

sC. Madrid
Signature of Clerk or Deputy Clerk

Civil Action No. 1:23-cv-01108-KLM

PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __Chaffee County, Colorado__
was received by me on (date) __7-24-23__.

✓ I personally served the summons and complaint on the individual at (place) __104 Crestone Avenue, Salida, CO 81201__ on (date) __7-26-23__; or

___ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

✓ I served the summons on (name of individual) __Daniel Tom, Attorney__, who is designated by law to accept service of process on behalf of (name of organization) __Chaffee County Colorado__ on (date) ; or

___ I returned the summons unexecuted because _____; or

___ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __7-31-23__

Server's Signature

__Abby Jefferson, Process Server__
Printed Name and Title

__1511 J St Salida, CO 81201__
Server's Address

Additional information regarding attempted service, etc: _____