# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY L. MORPHEW, <br>                        *Plaintiff*, <br> V. <br><br> Chaffee County, Colorado, <br> Board of County Commissioners of Chaffee County, Colorado <br> Chaffee County Sheriff's Department <br> District Attorney Linda Stanley, in her individual and official capacity <br> Chaffee County Sheriff John Spezze in his individual and official capacity, <br> Chaffee County Undersheriff Andrew Rohrich, <br> Eleventh Judicial District Attorney's Office Investigator Alex Walker <br> Deputy District Attorney Jeffrey Lindsey <br> Deputy District Attorney Mark Hurlbert <br> Chaffee County Sheriff's Detective Robin Burgess, <br> Chaffee County Sheriff's Deputy Randy Carricato <br> Chaffee County Sheriff's Deputy Scott Himschoot, <br> Chaffee County Sheriff Sergeant Claudette Hysjulien <br> Chaffee County Sheriff Sergeant William Plackner, <br> Colorado Bureau of Investigations Director John Camper <br> Colorado Bureau of Investigation Agent Joseph Cahill <br> Colorado Bureau of Investigation Agent Megan Duge <br> Colorado Bureau of Investigation Agent Caitlin Rogers <br> Colorado Bureau of Investigation Agent Derek Graham <br> Colorado Bureau of Investigation Agent Kevin Koback <br> Colorado Bureau of Investigation Agent Kirby Lewis <br> Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer <br> Federal Bureau of Investigations Agent Jonathan Grusing <br> Federal Bureau of Investigation Agent Kenneth Harris <br> John/Jane Does 1-10 <br> and other unknown employees of the Eleventh Judicial District Attorney, <br> and other unknown officers of the Chaffee County Sheriff's Department <br><br>                        *Defendants.* | Civil Action No. 23-cv-1108-KLM |

## SUMMONS IN A CIVIL ACTION

To:    Megan Duge
         Colorado Bureau of Investigation
         79 N. Silicon Drive
         Pueblo West, CO 81007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jane Fisher-Byrialsen, #49133, 4600 Syracuse St. 9th Floor, Denver, CO 80237, jane@fblaw.org;
Hollis Whitson, #32911, 1600 Stout St. Suite 1400, Denver, CO 80202;
Hollis@SamlerandWhitson.com
Iris Eytan, 2701 Lawrence St. Suite 108, Denver, CO 80205; iris@eytanlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/19/2023

CLERK OF THE COURT

s/C. Madrid

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-01108-KLM

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __Megan Duge__
was received by me on (date) __7/24/2023__.

___ I personally served the summons and complaint on the individual at (place) _____
_____ on (date) _____; or

___ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides
there, on (date) _____, and mailed a copy to the individual's last known address; or

_X_ I served the summons on (name of individual) __Kailee Henson__, who is designated by law to
accept service of process on behalf of (name of organization) __Megan Duge__ on (date); or __7/25/23 @ 9:27am__

___ I returned the summons unexecuted because_____; or

___ Other (specify): _____
_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __July 25, 2023__

Server's Signature

__Frank Guadagnoli, Process Server__
Printed Name and Title

__421 N. Main St. Ste. 402A__
Server's Address __Pueblo, CO, 81003__.

Additional information regarding attempted service, etc:_____
_____.