**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01108-KLM

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado, et al.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

William T. O'Connell, III of Wells, Anderson & Race, LLC hereby enters his appearance on behalf of Defendants Eleventh Judicial District Attorney's Office Investigator Alex Walker and Deputy District Attorney Jeffrey Lindsey in the above-referenced matter. Mr. O'Connell certifies that he is a member in good standing of the bar of this Court.

Dated this 7th day of August, 2023.

    Respectfully submitted,

/s William T. O'Connell III
William T. O'Connell III
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO  80290
Telephone:  303-830-1212
Email: *woconnell@warllc.com*

**ATTORNEY FOR DEFENDANTS
ALEX WALKER AND JEFFREY LINDSEY**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 7, 2023, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen, Esq.
FISHER & BYRIALSEN, P.L.L.C.
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Jane@FBLaw.org

Hollis Whitson, Esq.
Eric Samler, Esq.
SAMLER AND WHITSON, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
Hollis@SamlerandWhitson.com
Eric@SamlerandWhitson.com

Iris Eytan, Esq.
Eytan Law
2701 Lawrence St, Ste 108
Denver, CO 80205
iris@eytanlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

              *s/ Carolyn P. Boulette*
              Carolyn P. Boulette, Legal Assistant