# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     1:23-CV-01108-KLM

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, ET AL.,

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, J. Andrew Nathan of Nathan Dumm & Mayer, P.C., an attorney duly licensed to appear before this Court, and hereby enters his appearance as counsel on behalf of Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, Chaffee County Undersheriff Andrew Rohrich, Chaffee County Sheriff's Detective Robin Burgess, Chaffee County Sheriff's Deputy Randy Carricato, and Chaffee County Sheriff's Sergeant William Plackner.

DATED this 7th day of August, 2023.

                                        *s/Andy Nathan*
                                        J. Andrew Nathan
                                        NATHAN DUMM & MAYER P. C.
                                        7900 E. Union Avenue, Suite 600
                                        Denver, CO 80237-2776
                                        Telephone: (303) 691-3737
                                        Facsimile: (303) 757-5106
                                        ANathan@ndm-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on 7th day of August, 2023 I electronically filed the foregoing **ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

**Jane Holse Fisher-Byrialsen**
**David Nathan Fisher**
Fisher & Byrialsen PLLC
4600 South Syracuse Street, 9th Floor
Denver, CO 80237
303-256-6345
Fax: 303-954-0573
Email: Jane@fblaw.org
Email: david@fblaw.org
**Hollis Ann Whitson**
Samler & Whitson, P.C.
1600 Stout Street , Suite 1400
Denver, CO 80202
303-670-0575
Fax: 303-534-5721
Email: hollis.whitson@gmail.com
**Iris Eytan**
Eytan Law LLC
2701 Lawrence Street, Suite 108
Denver, CO 80205
720-440-8155
Fax: 720-440-8156
Email: iris@eytanlawfirm.com
*Attorneys for Plaintiff*

**Scott Aaron Neckers**
Overturf McGath & Hull, P.C.
625 East 16th Avenue
Suite 100
Denver, CO 80203
303-860-2848
Fax: 303-860-2869
Email: san@omhlaw.com
*Attorney for Defendant Cahill*

      *s/Andy Nathan*_____
      J. Andrew Nathan
      Attorney for Chaffee County Defendants
      NATHAN DUMM & MAYER P.C.
      7900 E. Union Avenue, Suite 600
      Denver, CO 80237-2776
      Telephone: (303) 691-3737
      Facsimile: (303) 757-5106
      ANathan@ndm-law.com