IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        1:23-CV-01108-KLM

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, ET AL.,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSIVE PLEADINGS FOR CERTAIN COUNTY DEFENDANTS**

---

Defendants, Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, Chaffee County Undersheriff Andrew Rohrich, Chaffee County Sheriff's Detective Robin Burgess, Chaffee County Sheriff's Deputy Randy Carricato, and Chaffee County Sheriff's Sergeant William Plackner (collectively the "Chaffee County Defendants"), by and through their attorneys J. Andrew Nathan and Nicholas C. Poppe of Nathan Dumm & Mayer P. C., hereby submit their Unopposed Motion for Extension of Time to Submit Responsive Pleadings for Certain County Defendants, and states as follows:

    1.    The undersigned conferred with counsel for the Plaintiff, who does not oppose the relief sought herein.

    2.    The undersigned waived service for Sheriff Spezze, Undersheriff Rohrich, and Sgt. Plackner on July 31, 2023. Their responsive pleading deadline is September 29, 2023.

3. The undersigned is also representing certain other County Defendants, who were personally served and thus have different responsive pleading deadlines, including:

    a. The County, Board of County Commissioners, and the Sheriff's Office (served on July 26, 2023; responsive pleading due August 16, 2023),

    b. Detective Burgess (served July 25, 2023; responsive pleading due August 15, 2023),

    c. Deputy Carricato (served August 1, 2023; responsive pleading August 22, 2023).

4. Because of the voluminous nature of the Complaint, over 1,000 paragraphs in length, the undersigned need additional time in which to prepare a responsive pleading.

5. Furthermore, since the undersigned represent all of the above-referenced Defendants, it would be more efficient to align all of their responsive pleading deadlines on a single date.

6. Thus, the Chaffee County Defendants (specifically those referenced in ¶ 3(a)), respectfully request that their responsive pleading deadline be extended to September 29, 2023, to align with those Chaffee County Defendants for which service was waived.

7. The undersigned certify that a copy of this Motion has been served on their clients.

8. The present extension is not sought for the purpose of delay, but rather to allow for a unified response deadline and to permit the parties to complete the investigation necessary to respond to the Complaint. No party will be prejudiced by this extension.

9. Wherefore, the Chaffee County Defendants request their collective date to submit a responsive pleading be set for September 29, 2023.

DATED this 7th day of August, 2023.

*s/Nick Poppe*
J. Andrew Nathan
Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR CCSO DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2023 I electronically filed the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSIVE PLEADINGS FOR CERTAIN COUNTY DEFENDANTS** foregoing using the CM/ECF system which will send notification of such filing to the following:

**Jane Holse Fisher-Byrialsen**
**David Nathan Fisher**
Fisher & Byrialsen PLLC
4600 South Syracuse Street, 9th Floor
Denver, CO 80237
303-256-6345
Fax: 303-954-0573
Email: Jane@fblaw.org
Email: david@fblaw.org

**Hollis Ann Whitson**
Samler & Whitson, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
303-670-0575
Fax: 303-534-5721
Email: hollis.whitson@gmail.com

**Iris Eytan**
Eytan Law LLC
2701 Lawrence Street, Suite 108
Denver, CO 80205
720-440-8155
Fax: 720-440-8156
Email: iris@eytanlawfirm.com
*Attorneys for Plaintiff*

**Scott Aaron Neckers**
Overturf McGath & Hull, P.C.
625 East 16th Avenue
Suite 100
Denver, CO 80203
303-860-2848
Fax: 303-860-2869
Email: san@omhlaw.com
*Attorney for Defendant Cahill*

*s/Nick Poppe*
J. Andrew Nathan
Nicholas C. Poppe
Attorneys for CCSO Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737

4

Facsimile: (303) 757-5106
Anathan@ndm-law.com
NPoppe@ndm-law.com

5