**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01108-KAS

BARRY MORPHEW,

     Plaintiff,

v.

CHAFFEE COUNTY, Colorado, et al.,

     Defendants.

---

**DEFENDANT ALEX WALKER'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT WITH DEMAND FOR
TRIAL BY JURY**

---

Defendant Alex Walker ("Defendant Walker"), by and through counsel, William T. O'Connell, III of Wells, Anderson & Race, LLC, and pursuant to D.C. COLO. LCivR 6.1, for his Unopposed Motion for Extension of Time to Respond to Plaintiff's Civil Rights Complaint with Demand for Trial by Jury ("Complaint") states as follows:

**CERTIFICATE OF CONFERRAL**

Plaintiff's counsel Jane Byrialsen does not object to the relief requested herein.

1.     Plaintiff filed his Complaint on May 2, 2023 [Doc. No. 1] and effectuated service on Defendant Walker on July 25, 2023. Accordingly, Defendant Walker's response to Plaintiff's Complaint is due on August 15, 2023.

2.     Defendant Walker requests an extension up to and including October 6, 2023, to file his response to Plaintiff's Complaint.

3.      Defendant Walker requests an extension of this length because Defendant Jeffrey Lindsey, who is also represented by undersigned counsel, recently executed a waiver of service. Pursuant to the waiver, Defendant Lindsey's response to Plaintiff's Complaint is due October 6, 2023. A uniform response date to Plaintiff's Complaint for Defendants Walker and Lindsey furthers the interests of judicial economy and efficiency.

4.      Undersigned counsel was only recently retained to represent Defendants Walker and Lindsey and requires more time within which to receive and examine relevant file materials, conduct any relevant interviews and prepare and file a response to Plaintiff's Complaint which includes 1042 paragraphs over 185 pages.

5.      No previous extensions of time have been sought and no party will be prejudiced by the relief sought herein.

6.      Pursuant to D.C.Colo.LCivR 6.1(c), a copy of this Motion is being served contemporaneously on Defendants Walker and Lindsey.

WHEREFORE, Defendant Alex Walker respectfully requests that this Court grant this Unopposed Motion providing up to and including October 6, 2023 to file his response to Plaintiff's Civil Rights Complaint with Demand for Trial by Jury.

Dated this 8th day of August 2023.

Respectfully submitted,

*s/ William T. O'Connell, III*
William T. O'Connell, III
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO  80290
Telephone:  303-830-1212
Email: woconnell@warllc.com

**ATTORNEY FOR DEFENDANTS
ALEX WALKER AND JEFFREY LINDSEY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, a true and correct copy of the above and foregoing **DEFENDANT ALEX WALKER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT WITH DEMAND FOR TRIAL BY JURY** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen, Esq.
FISHER & BYRIALSEN, P.L.L.C.
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Jane@FBLaw.org

Hollis Whitson, Esq.
Eric Samler, Esq.
SAMLER AND WHITSON, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
Hollis@SamlerandWhitson.com
Eric@SamlerandWhitson.com

Iris Eytan, Esq.
Eytan Law
2701 Lawrence St, Ste 108
Denver, CO 80205
iris@eytanlawfirm.com

***Attorneys For Plaintiff***

Nicholas C. Poppe
J. Andrew Nathan
Nathan Dumm & Mayer, PC
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
NPoppe@ndm-law.com
ANathan@ndm-law.com

***Attorneys for Chaffee County Defendants***

Scott Aaron Neckers
Overturf McGath & Hull, P.C.
625 East 16th Avenue
Suite 100
Denver, CO 80203
san@omhlaw.com

***Attorney for Defendant Cahill***

Jennifer H. Hunt
Dmitry B. Vilner
Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
jennifer.hunt@coag.gov
Dmitry.vilner@coag.gov

***Attorneys for CBI Defendants***

*s/ Carolyn P. Boulette*
Carolyn P. Boulette, Legal Assistant