**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01108-KAS

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado, et al.,

    Defendants.

---

**ORDER GRANTING DEFENDANT ALEX WALKER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT WITH DEMAND FOR TRIAL BY JURY**

---

This matter comes before the Court upon Defendant Alex Walker's Unopposed Motion for Extension of Time to Respond to Plaintiff's Civil Rights Complaint with Demand for Trial by Jury. The Court having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested.

IT IS THEREFORE ORDERED that the Motion is granted, and Defendant Alex Walker has up to and including October 6, 2023 in which to respond to Plaintiff's Civil Rights Complaint with Demand for Trial by Jury.

DATED this \_\_\_\_ day of _____, 2023.

                                              BY THE COURT:

                                              _____
                                              United States Magistrate Judge