IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108

BARRY MORPHEW,

        Plaintiff,

V.

Chaffee County, Colorado,
Board of County Commissioners of Chaffee County, Colorado,
Chaffee County Sheriff's Department,
District Attorney Linda Stanley, in her individual and official capacity,
Chaffee County Sheriff John Spezze, in his individual and official capacity,
Chaffee County Undersheriff Andrew Rohrich,
Eleventh Judicial District Attorney's Office Investigator Alex Walker,
Deputy District Attorney Jeffrey Lindsey,
Deputy District Attorney Mark Hurlbert,
Chaffee County Sheriff's Detective Robin Burgess,
Chaffee County Sheriff's Deputy Randy Carricato,
Chaffee County Sheriff's Deputy Scott Himschoot,
Chaffee County Sheriff's Sergeant Claudette Hysjulien.
Chaffee County Sheriff's Sergeant William Plackner,
Colorado Bureau of Investigation Director John Camper,
Colorado Bureau of Investigation Agent Joseph Cahill,
Colorado Bureau of Investigation Agent Megan Duge,
Colorado Bureau of Investigation Agent Caitlin Rogers,
Colorado Bureau of Investigation Agent Derek Graham,
Colorado Bureau of Investigation Agent Kevin Koback,
Colorado Bureau of Investigation Agent Kirby Lewis,
Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer,
Federal Bureau of Investigation Agent Jonathan Grusing,
Federal Bureau of Investigation Agent Kenneth Harris,

John/Jane Does 1-10,
and other unknown employees of the Eleventh Judicial District Attorney,
and other unknown officers of the Chaffee County Sheriff's Department.

      Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

I, Kathleen L. Spalding, certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel on behalf of Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, Colorado Bureau of Investigation Agent Derek Graham.  All pleadings, correspondence, notices and other documents should be sent to undersigned counsel at the address specified.

Respectfully submitted this 10th day of August, 2023.

                              PHILIP J. WEISER
                              Attorney General

                              *s/ Kathleen L. Spalding*
                              KATHLEEN L. SPALDING*
                              Senior Assistant Attorney General
                              Civil Litigation and Employment Law Section
                              1300 Broadway, 10th Floor
                              Denver, Colorado 80203
                              Telephone: 720-508-6000
                              E-Mail: kit.spalding@coag.gov
                              *Counsel of Record
                              *Attorneys for CBI Defendants*