IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108-KAS

Barry Morphew,

        Plaintiff,

v.

Chaffee County, Colorado; Board of County Commissioners of Chaffee County, Colorado; Chaffee County Sheriff's Department; District Attorney Linda Stanley, in her individual and official capacity; Chaffee County Sheriff John Spezze, in his individual and official capacity; Chaffee County Undersheriff Andrew Rohrich; Eleventh Judicial District Attorney's Office Investigator Alex Walker; Deputy District Attorney Jeffrey Lindsey; Deputy District Attorney Mark Hurlbert; Chaffee County Sheriff's Detective Robin Burgess; Chaffee County Sheriff's Deputy Randy Carricato; Chaffee County Sheriff's Deputy Scott Himschoot; Chaffee County Sheriff's Sergeant Claudette Hysjulien; Chaffee County Sheriff's Sergeant William Plackner; Colorado Bureau of Investigation Director John Camper; Colorado Bureau of Investigation Agent Joseph Cahill; Colorado Bureau of Investigation Agent Megan Duge; Colorado Bureau of Investigation Agent Caitlin Rogers; Colorado Bureau of Investigation Agent Derek Graham; Colorado Bureau of Investigation Agent Kevin Koback; Colorado Bureau of Investigation Agent Kirby Lewis; Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer; Federal Bureau of Investigation Agent Jonathan Grusing; Federal Bureau of Investigation Agent Kenneth Harris; John/Jane Does 1-10; and other unknown employees of the Eleventh Judicial District Attorney; and other unknown officers of the Chaffee County Sheriff's Department.

        Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Colorado Bureau of Investigation Director John Camper,

Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of

Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham (together, the "CBI Defendants"), through counsel, respectively move **unopposed** for an extension of time through September 29, 2023, to respond to Plaintiff Barry Morphew's Complaint [Doc. 1], and state as follows:

1. **D.C.COLO.LCivR 7.1(a) conferral**: Undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the relief sought in this motion. This motion is **unopposed**.

2. On May 2, 2023, Plaintiff filed his Complaint. [Doc. 1].

3. On July 25, 2023, Plaintiff served Defendant Duge. On July 26, 2023, Plaintiff served Defendants Schaefer, Lewis, Koback, and Graham. On July 28, 2023, undersigned counsel waived and accepted service for Defendants Rogers and Camper.

4. Accordingly, Defendants' responses to the Complaint are currently due as follows:

    a. Defendant Duge: August 15, 2023.

    b. Defendants Schaefer, Lewis, Koback, and Graham: August 16, 2023.

    c. Defendants Rogers and Camper: September 26, 2023.

2

5. The CBI Defendants respectfully request an extension through September 29, 2023 within which to respond to Plaintiff's Complaint. This request constitutes an extension of 66 additional days for Defendant Duge, 65 additional days for Defendants Schaefer, Lewis, Koback, and Graham, and 3 additional days for Defendants Rogers and Camper.

6. Good cause exists for this extension under Fed. R. Civ. P. 6(b).

7. First, the Colorado Attorney General represents each of these Defendants. Permitting the CBI Defendants to respond to the Complaint in a single responsive filing would conserve the parties' resources and promote judicial economy.

8. Second, the Complaint is 185 pages long, contains 1042 paragraphs of allegations, and incorporates by reference numerous underlying documents, including a 129-page arrest affidavit. The CBI Defendants require additional time to investigate the allegations in the Complaint and fully analyze the Complaint and other key documents before filing a response.

9. Third, various Defendants associated with Chaffee County have requested an extension through September 29, 2023, to respond to the Complaint. A response date that is uniform among at least some groups of Defendants[1] would further conserve the parties' resources and promote judicial economy. Additionally,

---

[1] Certain other Defendants, including Alex Walker, have requested an extension of time until October 6, 2023. [Doc. 40].

the Defendants may have overlapping defenses, and allowing additional time to file a response would permit Defendants to incorporate each other's arguments by reference.

10. This motion is not interposed for purposes of delay, and granting it will not prejudice any party, but will instead serve the interest of justice.

11. This is the CBI Defendants' first request for an extension of time to respond to the Complaint.

12. A copy of this motion will be served contemporaneously upon the CBI Defendants under D.C.COLO.LCivR 6.1(c).

WHEREFORE, the CBI Defendants respectfully requests the Court grant them an extension of time, up to and including September 29, 2023, to respond to Plaintiff's Complaint.

Respectfully submitted this 10th day of August, 2023.

PHILIP J. WEISER

Attorney General

*s/ Jennifer H. Hunt*
JENNIFER H. HUNT*
KATHLEEN L. SPALDING*
Senior Assistant Attorneys General
DMITRY B. VILNER*
Assistant Attorney General II
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203

4

Telephone:  720-508-6000
E-Mail: jennifer.hunt@coag.gov
dmitry.vilner@coag.gov
kit.spalding@coag.gov
*Counsel of Record
*Attorneys for CBI Defendants*