IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:23-cv-01108

**BARRY MORPHEW,**

Plaintiff

v.

**CHAFFEE COUNTY, COLORADO, et al.,**

**Defendants**

---

### NOTICE OF ENTRY OF APPEARANCE

---

Attorney Andrew R. McLetchie of Fowler, Schimberg, Flanagan & McLetchie, PC, hereby enters his appearance on behalf of Defendant Scott Himschoot in this matter.

Respectfully submitted this 14th day of August, 2023.

FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

*/s/ Andrew R. McLetchie*
Andrew R. McLetchie, #34035
350 Indiana Street, Suite 601
Golden, CO  80401
Phone 303-298-8603; Fax 720-799-2177
a_mcletchie@fsf-law.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 14th day of August, 2023, the above **NOTICE OF ENTRY OF APPEARANCE** was filed via the USDC E-Filing system which caused service on all counsel of record.

        */s/ Stevie L. Flanery*
        Stevie L. Flanery, Paralegal