IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:23-cv-01108

**BARRY MORPHEW,**

**Plaintiff**

**v.**

**CHAFFEE COUNTY, COLORADO, et al.,**

**Defendants**

---

### NOTICE OF ENTRY OF APPEARANCE

Attorney Rachel L. Bradley of Fowler, Schimberg, Flanagan & McLetchie, PC, hereby enters her appearance on behalf of Defendant Scott Himschoot in this matter.

Respectfully submitted this 14th day of August, 2023.

FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

*/s/ Rachel L. Bradley*
Rachel L. Bradley, #53063
350 Indiana Street, Suite 601
Golden, CO  80401
Phone 303-298-8603; Fax 720-799-2177
r_bradley@fsf-law.com

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this 14th day of August, 2023, the above **NOTICE OF ENTRY OF APPEARANCE** was filed via the USDC E-Filing system which caused service on all counsel of record.

                */s/ Stevie L. Flanery*
                Stevie L. Flanery, Paralegal