IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY MORPHEW,          )<br>                              )<br>   Plaintiff,                  )<br>                              )<br>v.                            )          Civil Action No. 23-cv-01108-REB<br>                              )<br>CHAFFEE COUNTY, COLORADO, et. al.,  )<br>                              )<br>   Defendants.              )  | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SUBMIT A PROPOSED SCHEDULING ORDER AND RESET THE COURT'S SCHEDULING CONFERENCE**

COMES NOW Barry Morphew, Plaintiff, by and through counsel, and moves this Court to extend the deadline for submission of a Proposed Scheduling Order for thirty days, to and including September 21, 2023, and reset the Scheduling Conference to at least September 28, 2023.  In support, counsel state:

1. On May 5, 2023, this Court ordered the parties to submit a Proposed Scheduling Order by August 22, 2023. In that same Order, this Court set a Scheduling Conference for August 29, 2023 at 11:00 AM in Courtroom A 401.

2. All counsel of record are in agreement with this motion.

3. Lead counsel is presently in a homicide trial in Colorado state court. The only day available for the meet-and-confer as required by local rules was August 14, however, not all counsel for all the parties were able to participate on that day. Additional time is needed to find a mutually-agreeable date for a meet and confer to work towards a Proposed Scheduling Order.

4. Undersigned counsel have been conferring with various parties regarding their requests for extensions of time in which to file Answers to the Complaint.

1

5. Undersigned counsel have a previously-scheduled motions hearing on August 30, 2023 in a federal capital case in the U.S. District Court for the Eastern District of California (No. 20-CR-238-JLT-SKO). In order to arrive for that hearing, counsel must fly out from Denver on August 29, 2023.

6. The additional time will be useful in reaching an understanding among all counsel on proposed dates for a proposed scheduling order.

WHEREFORE, Plaintiff Barry Morphew moves this Court to extend the deadline for submission of a Proposed Scheduling Order for thirty days, to and including September 21, 2023, and reset the Scheduling Conference to at least September 28, 2023.

DENVER, COLORADO
DATED: August 14, 2023

/s/Jane Fisher-Byrialsen
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Str., 9th Fl.
Denver, CO 80237
(303) 256-6345
Jane@FBLaw.org

Hollis A. Whitson
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-670-0575
hollis@samlerandwhitson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2023, I served a true and correct copy of the foregoing via ECF to: All counsel of record.

/s/Jane Fisher-Byrialsen