## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1108-DDD-SKC

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado,
BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, Colorado,
CHAFFEE COUNTY SHERIFF'S DEPARTMENT,
LINDA STANLEY, District Attorney, in her official and individual capacities,
JOHN SPEZZE, Chaffee County Sheriff, in his official and individual capacities,
SCOTT HIMSCHOOT, Chaffee County Sheriff's Deputy,
ANDREW ROHRICH, Chaffee County Undersheriff,
ALEX WALKER, Eleventh Judicial District Attorney's Office Investigator,
JEFFREY LINDSEY, Deputy District Attorney,
ROBIN BURGESS, Chaffee County Sheriff's Detective,
RANDY CARRICATO, Chaffee County Sheriff's Deputy,
CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant,
WILLIAM PLACKNER, Chaffee County Sheriff's Sergeant,
JOHN CAMPER, Colorado Bureau of Investigation Director,
JOSEPH CAHILL, Colorado Bureau of Investigation Agent,
MEGAN DUGE, Colorado Bureau of Investigation Agent,
CAITLIN ROGERS, Colorado Bureau of Investigation Agent,
DEREK GRAHAM, Colorado Bureau of Investigation Agent,
KEVIN KOBACK, Colorado Bureau of Investigation Agent,
KIRBY LEWIS, Colorado Bureau of Investigation Agent,
CHRIS SCHAEFER, Colorado Bureau of Investigation Deputy Director of Investigations,
JONATHAN GRUSING, Federal Bureau of Investigation Agent,
KENNETH HARRIS, Federal Bureau of Investigation Agent, and
JOHN/JANE DOES 1-10, and other unknown employees of the Eleventh Judicial District Attorney, and other unknown officers of the Chaffee County Sheriff's Department,

    Defendants.
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

Robert I. Lapidow of Overturf McGath & Hull, P.C. hereby enters his appearance as counsel of record on behalf of Defendant Joseph Cahill**.**

DATED this 14th day of August 2023.

<div style="margin-left: 40%;">

Respectfully submitted,

**OVERTURF McGATH & HULL, P.C.**

By  *s/Robert I. Lapidow*
Scott A. Neckers
Robert I. Lapidow
Sarah A. Thomas
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203
Tel: (303)860-2848
Fax: (303) 860-2869
san@omhlaw.com
rl@omhlaw.com
sat@omhlaw.com
*Attorneys for Defendant Joseph Cahill*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

| | |
|---|---|
| Jane Fisher-Byrialsen<br>David Fisher<br>Fisher & Byrialsen, PLLC<br>4600 South Syracuse St., 9th Floor,<br>Denver, Colorado 80237<br>(303) 256-6345<br>Jane@FBlaw.org<br>*Attorneys or Plaintiff Barry Lee Morphew* | Hollis Whitson<br>Eric Samler<br>Samler and Whitson, PC<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202<br>(303) 670-0575<br>Hollis@SamlerandWhitson.com<br>*Attorneys or Plaintiff Barry Lee Morphew* |
| Iris Eytan<br>Eytan Law<br>2701 Lawrence St, Ste 108<br>Denver, CO 80205<br>(720) 440-8155<br>iris@eytanlawfirm.com<br>*Attorneys or Plaintiff Barry Lee Morphew* | William T. O'Connell III<br>Wells, Anderson & Race, LLC<br>1700 Broadway, Suite 900<br>Denver, CO 80290<br>(303) 830-1212<br>woconnell@warllc.com<br>*Attorney for Defendants Alex Walker and Jeffrey Lindsey* |
| Nicholas C. Poppe<br>J. Andrew Nathan<br>NATHAN DUMM & MAYER P. C.<br>7900 E. Union Avenue, Suite 600<br>Denver, CO 80237-2776<br>(303) 691-3737<br>NPoppe@ndm-law.com<br>Anathan@ndm-law.com<br>*Attorneys for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, Chaffee County Undersheriff Andrew Rohrich, Chaffee County Sheriff's Detective Robin Burgess, Chaffee County Sheriff's Deputy Randy Carricato, and Chaffee County Sheriff's Sergeant William Plackner* | Jennifer H. Hunt<br>Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6215<br>jennifer.hunt@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and* |

|  | *Colorado Bureau of Investigation Agent Derek Graham* |
|---|---|
| Dmitry B. Vilner<br>Assistant Attorney General II<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6645<br>dmitry.vilner@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* | Kathleen L. Spalding<br>Senior Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6000<br>kit.spalding@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* |
| Andrew R. McLetchie<br>Rachel L. Bradley<br>Fowler, Schimberg, Flanagan & McLetchie, P.C.<br> 350 Indiana Street, Suite 601<br>Golden, CO 80401<br>(303) 298-8603<br>a_mcletchie@fsf-law.com<br>r_bradley@fsf-law.com<br>*Attorney for Defendant Scott Himschoot* |  |

        *s/Jessica Pringle*