Civil Action No. 1:23-cv-01108-KLM

PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __Scott Himschoot__

was received by me on (date) __7-22-23__.

✓ I personally served the summons and complaint on the individual at (place) __County Road 109, Salida, CO 81201__ on (date) __8-1-23__; or

___ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

___ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

___ I returned the summons unexecuted because _____; or

___ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __8-9-23__

Server's Signature

__Abby Jefferson__
Printed Name and Title

__15110 St Salida, CO 81201__
Server's Address

Additional information regarding attempted service, etc: _____