Case No. 23-cv-1108-KLM

PROOF OF SERVICE

I received this Summons in a Civil action for (name of individual and title, if any) Randy Carricato on (date) 7-22-23.

___ I served the following: Summons in a civil action by delivering a copy to the named person as follows: Personal Service at the Chaffee County Courthouse on (date) 8-1-23;

or

___ I returned the _____ unserved because: _____.

I declare under penalty of perjury that this information is true.

Date: 8-9-23

Server's Signature

Abby Jefferson
Printed name and title

_____
Server's address