# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| BARRY L. MORPHEW<br>*Plaintiff*<br><br>v<br><br>JONATHAN GRUSING, et al<br>*Defendant* | Civil Action No:<br>23-cv-1108-KLM |

## AFFIDAVIT OF SERVICE

I, Kris Hallquist, declare under oath that I am not a party or otherwise interested in this action, that I am over the age of 18 years, and that I reside in the State of Colorado. I hereby certify that I have effected service of the within named documents: **SUMMONS IN A CIVIL ACTION; CIVIL RIGHTS COMPLAINT WITH DEMAND FOR TRIAL BY JURY; on July 28, 2023 at 1:27 PM at the following location: Douglas County School District Safety and Security Department, 2812 Highway 85, Building E, Castle Rock, CO 80109, by handing the within named documents to the person who identified herself to me as Stephanie Oberley, Administrative Assistant to Jonathan Grusing, Director of Safety and Security for Douglas County School District, authorized and designated to accept Service of Process for Jonathan Grusing, Director of Safety and Security for Douglas County School District, the Defendant**

Description of Stephanie Oberley, Administrative Assistant to Jonathan Grusing: White female; Blonde hair; glasses; Approx. 5'5"; Approx. Weight: 130 lbs.; slim build; Age: 52

I declare under penalties of perjury that the information contained within is correct to the best of my knowledge

_Kris Hallquist_     08/01/2023
Private Process Server    Date
Kris Hallquist for Hallquist and Associates

Subscribed and sworn to before me, on this _1st_ day of _Aug_, 2023 by Kris Hallquist

_Diana K Clark_     My Commission Expires 6-1-2026
Notary Public

DIANA JENNIFER CLARK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184023161
MY COMMISSION EXPIRES 06/01/2026