# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY MORPHEW, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-cv-1108-DDD-SKC |
| CHAFFEE COUNTY, COLORADO, et. al., | ) |
| Defendants. | ) |

### CERTIFICATE OF FILING AND SERVICE OF ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

I hereby certify that on August 15, 2023, I filed the **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**, via CM/ECF which will send an electronic Notice of Electronic Service to all counsel of record.

*/s/ Abby Clement*
Paralegal to Jane Fisher-Byrialsen and David Fisher

1