**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      1:23-CV-01108-DDD-SKC

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, ET AL.,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, Nicholas C. Poppe of Nathan Dumm & Mayer, P.C. an attorney duly licensed to appear before this Court, and hereby enters his appearance as counsel on behalf of Defendant Chaffee County Sheriff John Spezze, in his personal capacity.

DATED this 16th day of August, 2023.

                                    *s/Nick Poppe*
                                    J. Andrew Nathan
                                    Nicholas C. Poppe
                                    NATHAN DUMM & MAYER P. C.
                                    7900 E. Union Avenue, Suite 600
                                    Denver, CO 80237-2776
                                    Telephone: (303) 691-3737
                                    Facsimile: (303) 757-5106
                                    ATTORNEYS FOR CHAFFEE COUNTY
                                    DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2023 I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

**Jane Holse Fisher-Byrialsen**
**David Nathan Fisher**
Fisher & Byrialsen PLLC
4600 South Syracuse Street, 9th Floor
Denver, CO 80237
303-256-6345
Fax: 303-954-0573
Email: Jane@fblaw.org
Email: david@fblaw.org
*Attorney for Plaintiff*

**Hollis Ann Whitson**
Samler & Whitson, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
303-670-0575
Fax: 303-534-5721
Email: hollis.whitson@gmail.com
*Attorney for Plaintiff*

**Iris Eytan**
Eytan Law LLC
2701 Lawrence Street, Suite 108
Denver, CO 80205
720-440-8155
Fax: 720-440-8156
Email: iris@eytanlawfirm.com
*Attorney for Plaintiff*

**Andrew R. McLetchie**
**Rachel L. Bradley**
Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 601

**Scott Aaron Neckers**
**Robert I Lapidow**
**Sarah A. Thomas**
Overturf McGath & Hull, P.C.
625 East 16th Avenue, Suite 100
Denver, CO 80203
303-860-2848
Fax: 303-860-2869
Email: san@omhlaw.com
Email: rl@omhlaw.com
Email: sat@omhlaw.com
*Attorney for Defendant Cahill*

**William Thomas O'Connell , III**
Wells Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
303-830-1212
Fax: 303-830-0898
Email: woconnell@warllc.com
*Attorney for Defendants Walker and Lindsey*

**Jennifer Hunt** *Assistant Attorney General*
**Dmitry B. Vilner,** *Assistant. Attorney General II*
**Kathleen L. Spalding**, *Sr. Assistant Attorney General*
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6215, Jennifer.hunt@coag.gov
(720) 508-6645, Dmitry.vilner@coag.gov
(720) 508-6000, Kit.spalding@coag.gov
*Attorneys for CBI Defendants*

Golden, CO 80401
Phone: (303) 298-8603
Email: a_mcletchie@fsf-law.com
Email: r_bradley@fsf-law.com
*Attorneys for Defendant Himschoot*

               *s/Nick Poppe*_____
               J. Andrew Nathan
               Nicholas C. Poppe
               NATHAN DUMM & MAYER P.C.
               7900 E. Union Avenue, Suite 600
               Denver, CO 80237-2776
               Telephone: (303) 691-3737
               Facsimile: (303) 757-5106
               Anathan@ndm-law.com
               NPoppe@ndm-law.com
               ATTORNEYS FOR CHAFFEE COUNTY
               DEFENDANTS