IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:23-cv-01108

**BARRY MORPHEW,**

Plaintiff

v.

**CHAFFEE COUNTY, COLORADO, et al.,**

Defendants

---

## NOTICE OF ENTRY OF APPEARANCE

---

Attorney Rachel L. Bradley of Fowler, Schimberg, Flanagan & McLetchie, PC, hereby enters her appearance on behalf of Defendant Claudette Hysjulien in this matter.

Respectfully submitted this 17th day of August, 2023.

        FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

        */s/ Rachel L. Bradley*
        Rachel L. Bradley, #53063
        350 Indiana Street, Suite 601
        Golden, CO  80401
        Phone 303-298-8603; Fax 720-799-2177
        r_bradley@fsf-law.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 17th day of August, 2023, the above **NOTICE OF ENTRY OF APPEARANCE** was filed via the USDC E-Filing system which caused service on all counsel of record.

                                                */s/ Stevie L. Flanery*
                                                Stevie L. Flanery, Paralegal