IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO,
BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, COLORADO,
CHAFFEE COUNTY SHERIFF'S DEPARTMENT,
DISTRICT ATTORNEY LINDA STANLEY, in her individual and official capacity,
CHAFFEE COUNTY SHERIFF JOHN SPEZZE, in his individual and official capacity,
CHAFFEE COUNTY UNDERSHERIFF ANDREW ROHRICH,
ELEVENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE INVESTIGATOR ALEX WALKER,
DEPUTY DISTRICT ATTORNEY JEFFREY LINDSEY,
DEPUTY DISTRICT ATTORNEY MARK HURLBERT,
CHAFFEE COUNTY SHERIFF'S DETECTIVE ROBIN BURGESS,
CHAFFEE COUNTY SHERIFF'S DEPUTY RANDY CARRICATO,
CHAFFEE COUNTY SHERIFF'S DEPUTY SCOTT HIMSCHOOT,
CHAFFEE COUNTY SHERIFF'S SERGEANT CLAUDETTE HYSJULIEN,
CHAFFEE COUNTY SHERIFF'S SERGEANT WILLIAM PLACKNER,
COLORADO BUREAU OF INVESTIGATION DIRECTOR JOHN CAMPER,
COLORADO BUREAU OF INVESTIGATION AGENT JOSEPH CAHILL,
COLORADO BUREAU OF INVESTIGATION AGENT MEGAN DUGE,
COLORADO BUREAU OF INVESTIGATION AGENT CAITLIN ROGERS,
COLORADO BUREAU OF INVESTIGATION AGENT DEREK GRAHAM,
COLORADO BUREAU OF INVESTIGATION AGENT KEVIN KOBACK,
COLORADO BUREAN OF INVESTIGATION AGENT KIRBY LEWIS,
COLORADO BUREAU OF INVESTIGATIONS DEPUTY DIRECTOR OF INVESTIGATIONS CHRIS SCHAEFER,
FEDERAL BUREAU OF INVESTIGATION AGENT JONATHAN GRUSING,
FEDERAL BUREAU OF INVESTIGATION AGENT KENNETH HARRIS,
JOHN/JANE DOES 1-10, and
OTHER UNKNOWN EMPLOYEES OF THE ELEVENTH JUDICIAL DISTRICT ATORNEY, AND OTHER UNKNOWN OFFICERS OF THE CHAFFEE COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## ENTRY OF APPEARANCE

**JONATHAN N. EDDY**, of the law firm of **SGR, LLC**, hereby enters his appearance on behalf of Defendants **DISTRICT ATTORNEY LINDA STANLEY** in her individual and official capacity, and **DEPUTY DISTRICT ATTORNEY MARK HURLBERT**.

Respectfully submitted,

/s/ Jonathan N. Eddy
*Jonathan N. Eddy*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  jeddy@sgrllc.com
*Attorney for Defendants –*
*Linda Stanley and Mark Hurlbert*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of August, 2023, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen
David Fisher
Email: jane@fblaw.org
Email: david@fblaw.org
*Counsel for Plaintiff*

Hollis Whitson
Email: hollis@samlerandwhitson.com
*Counsel for Plaintiff*

Iris Eytan
Email: iris@eytanlawfirm.com
*Counsel for Plaintiff*

J. Andrew Nathan
Nicholas Christaan Poppe
Email: anathan@ndm-law.com
Email: npoppe@ndm-law.com
*Counsel for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

William T. O'Connell, III
Email: woconnell@warllc.com
*Counsel for Defendants Alex Walker and Jeffrey Lindsey*

Dmitry B. Vilner
Jennifer H. Hunt
Kathleen L. Spalding
Email: dmitry.vilner@coag.gov
Email: jennifer.hunt@coag.gov
Email: kit.spalding@coag.gov
*Counsel for Defendants John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer*

Andrew R. McLetchie
Rachel L. Bradley
Email: a_mcletchie@fsf-law.com
Email: r_bradley@fsf-law.com
*Counsel for Defendant Scott Himschoot*

s/ Barbara A. Ortell
Barbara A. Ortell
Legal Secretary

02209138.DOCX

3