IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et al.

    Defendants.

---

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENDED RESPONSIVE PLEADING DEADLINE

---

Defendant, **DEPUTY DISTRICT ATTORNEY MARK HURLBERT**, by and through his attorneys, **SGR, LLC**, and pursuant to D.C.COLO.LCivR 6.1, hereby submits this Unopposed Motion for Extended Responsive Pleading Deadline, and states as follows:

### I.      CERTIFICATE OF COMPLIANCE

1.      In compliance with D.C.COLO.LCiv.R 7.1(a), undersigned counsel have conferred with Plaintiff's attorneys regarding the relief requested herein. Plaintiff is unopposed.

### II.      REQUESTED RELIEF

2.      Defendant's perceived deadline to respond to Plaintiff's Civil Rights Complaint [ECF No. 1] ("Complaint") is August 22, 2023, though it is unclear whether service was properly effectuated. Regardless, Defendant will not dispute service.

3.      Undersigned counsel have only recently entered their appearances and have not yet been able to meet and confer with their client regarding the pending allegations. Counsel also

remain in the process of reviewing Plaintiff's lengthy Complaint and formulating a responsive pleading strategy.

4.      As such, Defendant respectfully requests that his responsive pleading deadline be extended through October 2, 2023, to allow for sufficient conferral.

5.      No party will be prejudiced by this request, as it is unopposed.

6.      Defendant has made no prior request to extend this deadline. Undersigned counsel also confirm that a copy of this motion has been served on their client.

7.      Pursuant to the foregoing representations, this motion comports with the requirements of D.C.COLO.LCiv.R 6.1(b) and (c).

**WHEREFORE**, Defendant respectfully requests that the Court permit him up to and including October 2, 2023, to respond to the Complaint.

Respectfully submitted,

/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  eziporin@sgrllc.com

/s/ Jonathan N. Eddy
*Jonathan N. Eddy*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  jeddy@sgrllc.com
*Attorneys for Defendant Mark Hurlbert*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2023, I electronically filed a true and correct copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENDED RESPONSIVE PLEADING DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen
David Fisher
Email: jane@fblaw.org
Email: david@fblaw.org
*Counsel for Plaintiff*

Hollis Whitson
Email: hollis@samlerandwhitson.com
*Counsel for Plaintiff*

Iris Eytan
Email: iris@eytanlawfirm.com
*Counsel for Plaintiff*

J. Andrew Nathan
Nicholas Christan Poppe
Email: anathan@ndm-law.com
Email: npoppe@ndm-law.com
*Counsel for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

William T. O'Connell, III
Email: woconnell@warllc.com
*Counsel for Defendants Alex Walker and Jeffrey Lindsey*

Dmitry B. Vilner
Jennifer H. Hunt
Kathleen L. Spalding
Email: dmitry.vilner@coag.gov
Email: jennifer.hunt@coag.gov
Email: kit.spalding@coag.gov
*Counsel for Defendants John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer*

Andrew R. McLetchie
Rachel L. Bradley
Email: a_mcletchie@fsf-law.com
Email: r_bradley@fsf-law.com
*Counsel for Defendant Scott Himschoot*

s/ Barbara A. Ortell
Barbara A. Ortell, Legal Secretary