IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

V.

CHAFFEE COUNTY, COLORADO, et al.,

    Defendants.
_____

**SUPPLEMENT AND UPDATE TO PLAINTIFF'S MOTION
TO EXTEND TIME TO EFFECT SERVICE**
_____

    Plaintiff, Barry Morphew, by and through his attorneys, Fisher & Byrialsen, PLLC, Samler & Whitson, PC, and Eytan Law LLC, provides this Court with a Supplement and Update regarding service on the outstanding defendants identified in Mr. Morphew's Motion pursuant to Fed. R. Civ. Proc. 4(m) to extend the time to effect service.

    When counsel filed the Motion on July 30, 2023, eight defendants had not yet been served. Since that time, each of those eight defendants have obtained counsel, and their attorney(s) have been in contact with undersigned counsel regarding waivers of service. As of this date all defendants have either been personally served or have waived service through their attorneys. In the meantime, this case has been re-assigned twice at the District Court and there has not yet been a ruling on Mr. Morphew's original motion.

    In Mr. Morphew's motion, he requested sixty (60) days, to and including September 29, 2023, to complete service and indicated that the amount of time sought was in an abundance of caution because some of the defendants were avoiding and/or refusing service.

As hoped, the entire time (60 days) originally sought will not be required. However, because the avoidance of service and other challenges (as detailed in the prior motion) did result in some defendants being served until after July 31, 2023, Mr. Morphew does still request an order from this Court granting the relief requested in the original motion.

Respectfully submitted this 21st day of August, 2023.

**FISHER & BYRIALSEN, P.L.L.C.**

/s/Jane Fisher-Byrialsen
Jane Fisher-Byrialsen, Esq.
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: 303-256-6345
E-Mail: Jane@FBLaw.org
Attorney for Plaintiff Barry Morphew

**SAMLER AND WHITSON, PC**

/s/ Hollis Whitson
Hollis Whitson
Eric Samler
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
Telephone: (303) 670-0575
E-Mail: Hollis@SamlerandWhitson.com
Attorney for Plaintiff Barry Morphew

**EYTAN LAW**

/s/ Iris Eytan
Iris Eytan
Eytan Law
2701 Lawrence St, Ste 108
Denver, CO 80205
Telephone: (720) 440-8155
E-Mail: iris@eytanlawfirm.com
Attorney for Plaintiff Barry Morphew

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was electronically filed on August 21, 2023, using the CM/ECF system and served on all counsel of record. Additionally, email service was provided to all counsel of record.

/s/*Jane Byrialsen*