IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:23-cv-01108

**BARRY MORPHEW,**

Plaintiff

v.

**CHAFFEE COUNTY, COLORADO, et al.,**

Defendants

---

### STIPULATION UNDER D.C.Colo.LCivR 6.1(a)

---

The parties, by and through undersigned counsel, hereby submit the following stipulation under D.C.Colo.LCivR 6.1(a):

1. The deadline to move or otherwise respond to the Complaint for Defendant Scott Himschoot, is August 21, 2023.

2. The parties hereby stipulate to extend the deadline 21 days until September 11, 2023, pursuant to D.C.Colo.LCivR 6.1(a).

3. Pursuant to D.C.Colo.LCivR 6.1(a), counsel has served a copy of this stipulation on undersigned's client.

Respectfully Submitted this 21st day of August, 2023.

1

FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

*/s/ Andrew R. McLetchie*
Andrew R. McLetchie, #34035
Rachel L. Bradley, #53063
350 Indiana Street, Suite 601
Golden, Colorado  80401
Phone:  (303) 285-9310
Fax:  (720) 799-2177
*Attorneys for Scott Himschoot*


SAMLER  AND WHITSON, P.C.

*/s/ Hollis A. Whitson*
Hollis A. Whitson
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-670-0575
hollis@samlerandwhitson.com
*Attorney for Barry Morphew*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, the foregoing **STIPULATION UNDER D.C.Colo.LCivR 6.1(a)** was filed via the USDC E-Filing system which caused electronic service to be made on all counsel of record.

> */s/ Stevie L. Flanery*
> Stevie L. Flanery, Paralegal