# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| <u>BARRY L. MORPHEW</u><br>*Plaintiff*<br><br>v<br><br><br><u>MARK HURLBET, et al</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No:<br>23-cv-1108-KLM |

## AFFIDAVIT OF SERVICE

I, Kris Hallquist, declare under oath that I am not a party or otherwise interested in this action, that I am over the age of 18 years, and that I reside in the State of Colorado. I hereby certify that I have effected service of the within named documents: **SUMMONS IN A CIVIL ACTION; CIVIL RIGHTS COMPLAINT WITH DEMAND FOR TRIAL BY JURY; AFFIDAVIT FOR ARREST WARRANT; on July 31, 2023 at 3:54 PM by posting the within named documents on the door at the 11ᵗʰ Judicial Court House, 310 Fourth Street, Fairplay, CO 80440.**

**07/31/2023  12:59-1:06 PM  Monday**
- Door to the 11ᵗʰ Judicial District Attorneys, 310 Fourth Street, Fairplay, CO 80440 locked.
- Sign on the door "This door is locked. **DO NOT** try and open the door. If you need assistance please press the button to your right. You will be allowed in by appointment only
- Pressed the button to the right and spoke to a woman who identified herself as Tina Bogani.
- Identified myself as a Process Server with a Summons and Complaint for Deputy District Attorney Mark Hulbert. Asked Ms. Bogani if she was authorized to accept Service for Mr. Hulbert.
- Ms. Bogani stated he, (Deputy District Attorney Mark Hulbert) isn't in the office right now. Let me call him.
- Could hear Ms. Bogani speaking with someone. Ms. Bogani, came back on the intercom and stated, Mr. Hulbert stated you would need to serve him at the Court in Chaffee County.

**07/31/2023   3:01 PM Monday**

- Go back and post on the door

**07/31/2023      3:36 PM  Monday**
- Returned to the 11th Judicial District Attorneys, 310 Fourth Street, Fairplay, CO 80440
- As posting the within named documents of the interior door at the 11th Judicial District Attorneys, 310 Fourth Street, Fairplay, CO 80440 a woman's voice came over the intercom.
- Woman asked May I help you?
- Replied I am a Process Server and Deputy District Attorney Mark Hulbert is served by refusal.  Have posted the documents on the door.

I declare under penalties of perjury that the information contained within is correct to the best of my knowledge

_Kris S. Hallquist_ ___ 08/21/2023
Private Process Server                              Date
Kris Hallquist for Hallquist and Associates

Subscribed and sworn to before me, on this _21_st_, day of _August_ 2023 by Kris Hallquist

_Joyce Gayla Shedd_ ___
Notary Public                                My Commission Expires:  _06/04/2025_

JOYCE GAYLA SHEDD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214021636
MY COMMISSION EXPIRES 06/04/2025

Chaffee County Sheriff's Deputy Scott )
Chaffee County Sheriff Sergeant Claudette Hysjulien )
Chaffee County Sheriff Sergeant William Plackner, )
Colorado Bureau of Investigations Director John Camper )
Colorado Bureau of Investigation Agent Joseph Cahill )
Colorado Bureau of Investigation Agent Megan Duge )
Colorado Bureau of Investigation Agent Caitlin Rogers )
Colorado Bureau of Investigation Agent Derek Graham )
Colorado Bureau of Investigation Agent Kevin Koback )
Colorado Bureau of Investigation Agent Kirby Lewis )
Colorado Bureau of Investigations Deputy Director of Investigations )
Chris Schaefer )
Federal Bureau of Investigations Agent Jonathan Grusing )
Federal Bureau of Investigation Agent Kenneth Harris )
John/Jane Does 1-10 )
and other unknown employees of the Eleventh Judicial District )
Attorney, )
and other unknown officers of the Chaffee County Sheriff's )
Department )
)
Defendants. )
)

# SUMMONS IN A CIVIL ACTION

To:   Deputy District Attorney Mark Hurlbert
11th Judicial District Attorney's Office
300 4th Street
Fairplay, CO 80440

1) SUMMONS AND COMPLAINT to Deputy District Attorney Mark Hurlbert posted on the
locked door of the District Attorneys Office 310 Fourth Street, Fairplay, CO 80440
Monday July 31, 2023 at 3:54 PM  Location:  39.227,-106.002



2) Documents SUMMONS AND COMPLAINT to Deputy District Attorney Mark Hurlbert posted on the locked door of the District Attorneys Office 310 Fourth Street, Fairplay, CO 80440. Sign reads "This door is locked. **DO NOT** try and open the door. If you need assistance please press the button to your right. You will be allowed in by appointment only.

Monday July 31, 2023 at 3:54 PM Location 39.227.-106.002



3) Call Button and intercom to the right of the locked door at the Fairplay District Attorney's Office  310 Fourth Street, Fairplay, CO 80440
Monday July 31, 2023 at 3:54 PM  Location:  39.227,-106.002