IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et al.

    Defendants.

## MOTION TO WITHDRAW

**ERIC M. ZIPORIN**, of the law firm **SGR, LLC**, hereby submits this Motion to Withdraw as counsel of record for Defendant Linda Stanley in her individual and official capacities, and states as follows:

### CERTIFICATE OF CONFERRAL

This Motion to Withdraw is exempt from the duty to confer under D.C.COLO.L.Civ.R. 7.1(b)(4).

1. Attorney Leslie L. Schluter has entered an appearance in this case and will take over representation of Defendant Linda Stanley (in both capacities).

2. No prejudice or delay will be caused by the Court granting the relief sought in this motion.

3. As required by D.C.COLO.L.Atty.R. 5(b), a copy of this Motion is being served to Defendant Linda Stanley as well as all counsel of record.

**WHEREFORE**, for good cause shown, undersigned counsel respectfully requests that this Court enter an Order permitting his withdrawal as counsel of record for Defendant Linda Stanley, in her individual and official capacities.

DATED this 24th day of August, 2023:

Respectfully submitted,

/s/ Eric M. Ziporin
***Eric M. Ziporin***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  eziporin@sgrllc.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of August, 2023, I electronically filed a true and correct copy of the above and foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen
David Fisher
Email: jane@fblaw.org
Email: david@fblaw.org
*Counsel for Plaintiff*

Hollis Whitson
Email: hollis@samlerandwhitson.com
*Counsel for Plaintiff*

Iris Eytan
Email: iris@eytanlawfirm.com
*Counsel for Plaintiff*

J. Andrew Nathan
Nicholas Christan Poppe
Email: anathan@ndm-law.com
Email: npoppe@ndm-law.com
*Counsel for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

William T. O'Connell, III
Email: woconnell@warllc.com
*Counsel for Defendants Alex Walker and Jeffrey Lindsey*

Andrew R. McLetchie
Rachel L. Bradley
Email: a_mcletchie@fsf-law.com
Email: r_bradley@fsf-law.com
*Counsel for Defendant Scott Himschoot*

Dmitry B. Vilner
Jennifer H. Hunt
Kathleen L. Spalding
Email: dmitry.vilner@coag.gov
Email: jennifer.hunt@coag.gov
Email: kit.spalding@coag.gov
*Counsel for Defendants John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer*

Scott A. Neckers
Robert I. Lapidow
Sarah A. Thomas
Email: san@omhlaw.com
Email: rl@omhlaw.com
Email: sat@ohmlaw.com
*Counsel for Defendant Joseph Cahill*

Leslie L. Schluter
Sophia A.N. Fernald
Email: lschluter@lawincolordo.com
Email: sfernald@lawincolorado.com
*Counsel for Defendant Linda Stanley*

s/ Barbara A. Ortell
Barbara A. Ortell, Legal Secretary

3