**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado, et al.,

    Defendants.

---

**DEFENDANTS' JOINT MOTION TO EXCEED WORD LIMIT
FOR THEIR MOTIONS TO DISMISS**

---

    Defendants Jeffrey Lindsey and Alex Walker, by and through their counsel William T. O'Connell, III, Linda Stanley, by and through her counsel Leslie Schluter and Sophia Fernald, and John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer, by and through their counsel Kathleen Spalding, Jennifer Hunt and Dmitry Vilner ("Moving Defendants") submit this Joint Motion to Exceed Word Limit for their respective motions to dismiss, and state as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for Defendants Lindsey and Walker conferred with Plaintiff's counsel, Jane Byrialsen, regarding the relief requested in this Motion. Ms. Byrialsen objects to the relief requested herein.

    2.    Plaintiff's 185 page, 1042 paragraph Complaint asserts thirteen separate claims for relief pursuant to Section 1983 and C.R.S. § 13-21-131 including Malicious Prosecution (Claims

One and Nine), Fabrication of Evidence (Claims Two and Ten), *Franks* claim (Claim Three), Conspiracy (Claims Four and Twelve) and Reckless Investigation (Claim Seven).

3.     The Moving Defendants intend to file motions to dismiss all claims asserted against them pursuant to Fed.R.Civ.P. 12(b)(6).

4.     Pursuant to this Court's practice standards, generally, a motion to dismiss shall not exceed 4,000 words.  DDD Civ. P.S. III(A)(1).  However, no later than three business days before the deadline for filing such a motion, a party may file a motion to exceed the word limitation explaining the reasons why additional words are necessary.  *Id*. § III(A)(5).

5.     This motion is timely filed as the Moving Defendants' responses to Plaintiff's Complaint are currently due October 13, 2023.

6.     Additional words are necessary for the Moving Defendants to adequately present their motions to dismiss given the length of Plaintiff's Complaint, the complex nature of Plaintiff's thirteen claims and the scope of Defendants' defenses including absolute immunity for the prosecutor defendants and qualified immunity for all defendants.

7.     This Motion is not made for any improper purpose and no party will be unfairly prejudiced if the Court grants the requested relief.  However, if the requested relief is denied, then the Moving Defendants will be significantly prejudiced in presenting their defenses.

8.     Therefore, the Moving Defendants respectfully request that the Court extend the word limit for their respective motions to dismiss by 2,500 words—for **a total of 6,500 words**.

Respectfully submitted this 28th day of September, 2023.

PHILIP J. WEISER
Attorney General

*s/ William T. O'Connell, III*
William T. O'Connell III
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO  80290
Telephone:  303-830-1212
Email: *woconnell@warllc.com*
**Attorneys for Defendants Jeffrey Lindsey and Alex Walker**

**I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).**

*s/ Kathleen L. Spalding*
Kathleen L. Spalding
Senior Assistant Attorney General
Jennifer H. Hunt
Assistant Attorney General
Dmitry B. Vilner
Assistant Attorney General II
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Telephone: 720-508-6215
Telephone: 720-508-6645
Email: kit.spalding@coag.gov
Email: Jennifer.hunt@coag.gov
Email: dmitry.vilner@coag.gov
**Attorneys for CBI Defendants**

*s/ Leslie L. Schluter*
Leslie L. Schluter
Sophia A. N. Fernald
DAGNER | SCHLUTER | WERBER LLC
8400 East Prentice, Suite 1401
Greenwood Village, CO 80111
Telephone: (303) 221-4661
Fax: (303) 221-4594
E-mail: lschluter@lawincolorado.com
E-mail: sfernald@lawincolorado.com
**Attorneys For Defendant Eleventh Judicial District Attorney, Linda Stanley**

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, a true and correct copy of the above and foregoing **DEFENDANTS' JOINT MOTION TO EXCEED WORD LIMIT FOR THEIR MOTIONS TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen, Esq.
David Fisher, Esq.
Jane@FBLaw.org
David@fblaw.org
*Attorneys For Plaintiff*

Hollis Whitson, Esq.
Eric Samler, Esq.
Hollis@SamlerandWhitson.com
Eric@SamlerandWhitson.com
*Attorneys For Plaintiff*

Iris Eytan, Esq.
Eytan Law
iris@eytanlawfirm.com
*Attorneys For Plaintiff*

Andrew R. McLetchie
Rachel L. Bradley
a_mcletchie@fsf-law.com
r_bradley@fsf-law.com
*Counsel for Defendant Scott Himschoot*

Leslie L. Schluter
Sophia A.N. Fernald
lschluter@lawincolorado.com
sfernald@lawincolorado.com
*Attorneys for Linda Stanley*

Nicholas C. Poppe
J. Andrew Nathan
NPoppe@ndm-law.com
ANathan@ndm-law.com
*Attorneys Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

Scott Aaron Neckers
Robert I. Lapidow
Sarah A. Thomas
san@omhlaw.com
rl@omhlaw.com
sat@ohmlaw.com
*Attorney for Defendant Cahill*

Kathleen L. Spalding, Senior AAG
Jennifer H. Hunt, AAG
Dmitry B. Vilner, AAG II
Kit.spalding@coag.gov
jennifer.hunt@coag.gov
Dmitry.vilner@coag.gov
*Attorneys for CBI Defendants*

*s/ Barbara McCall*
Barbara McCall, Legal Assistant

4