IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado, et al.,

    Defendants.

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXCEED WORD LIMIT FOR THEIR MOTIONS TO DISMISS

This matter comes before the Court on Defendants' Joint Motion to Exceed Word Limit for their Motions to Dismiss. The Court having reviewed the Motion and being fully advised grants the Joint Motion. Motions to Dismiss filed by these Defendants may contain up to **6,500 words**.

Dated this ___ day of September, 2023.

                        BY THE COURT

                        _____
                        United States District Judge