**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1108-DDD-SKC

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado,
BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, Colorado,
CHAFFEE COUNTY SHERIFF'S DEPARTMENT,
LINDA STANLEY, District Attorney, in her official and individual capacities,
JOHN SPEZZE, Chaffee County Sheriff, in his official and individual capacities,
SCOTT HIMSCHOOT, Chaffee County Sheriff's Deputy,
ANDREW ROHRICH, Chaffee County Undersheriff,
ALEX WALKER, Eleventh Judicial District Attorney's Office Investigator,
JEFFREY LINDSEY, Deputy District Attorney,
ROBIN BURGESS, Chaffee County Sheriff's Detective,
RANDY CARRICATO, Chaffee County Sheriff's Deputy,
CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant,
WILLIAM PLACKNER, Chaffee County Sheriff's Sergeant,
JOHN CAMPER, Colorado Bureau of Investigation Director,
JOSEPH CAHILL, Colorado Bureau of Investigation Agent,
MEGAN DUGE, Colorado Bureau of Investigation Agent,
CAITLIN ROGERS, Colorado Bureau of Investigation Agent,
DEREK GRAHAM, Colorado Bureau of Investigation Agent,
KEVIN KOBACK, Colorado Bureau of Investigation Agent,
KIRBY LEWIS, Colorado Bureau of Investigation Agent,
CHRIS SCHAEFER, Colorado Bureau of Investigation Deputy Director of Investigations,
JONATHAN GRUSING, Federal Bureau of Investigation Agent,
KENNETH HARRIS, Federal Bureau of Investigation Agent, and
JOHN/JANE DOES 1-10, and other unknown employees of the Eleventh Judicial District Attorney, and other unknown officers of the Chaffee County Sheriff's Department,

    Defendants.
_____

**DEFENDANT JOSEPH CAHILL'S UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR HIS MOTION TO DISMISS**
_____

1

Defendant Joseph Cahill, by and through his attorneys, Overturf McGath & Hull, P.C. hereby submits his Motion to Exceed Word Limit for his Motion to Dismiss, and as grounds states:

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for Defendant Cahill conferred with Plaintiff's counsel, Jane Byrialsen, regarding the relief requested in this Motion. Ms. Byrialsen does not object to the relief requested herein.

Plaintiff's 185 page, 1042 paragraph Complaint asserts thirteen separate claims for relief pursuant to Section 1983 and C.R.S. § 13-21-131 including Malicious Prosecution (Claims One and Nine), Fabrication of Evidence (Claims Two and Ten), a *Franks* claim (Claim Three), Conspiracy (Claims Four and Twelve) and Reckless Investigation (Claim Seven).

Defendant Cahill intends to file a motion to dismiss all claims asserted against him pursuant to Fed.R.Civ.P. 12(b)(1) and (6).

Pursuant to this Court's practice standards, generally, a motion to dismiss shall not exceed 4,000 words. DDD Civ. P.S. III(A)(1). However, no later than three business days before the deadline for filing such a motion, a party may file a motion to exceed the word limitation explaining the reasons why additional words are necessary. Id. § III(A)(5).

This motion is timely filed as Defendant Cahill's response to Plaintiff's Complaint is currently due October 13, 2023.

Additional words are necessary for Defendant Cahill to adequately present his motion to dismiss given the length of Plaintiff's Complaint, the complex nature of Plaintiff's

2

thirteen claims and the scope of Defendant's defenses including qualified immunity and governmental immunity.

This Motion is not made for any improper purpose and no party will be unfairly prejudiced if the Court grants the requested relief. However, if the requested relief is denied, Defendant Cahill will be significantly prejudiced in presenting his defenses.

Therefore, Defendant Cahill respectfully requests that the Court extend the word limit for his motion to dismiss by 2,500 words—for a total of 6,500 words.

DATED this 10th day of October 2023.

Respectfully submitted,

**OVERTURF McGATH & HULL, P.C.**

By  *s/ Scott A. Neckers*
Scott A. Neckers
Robert I. Lapidow
Sarah A. Thomas
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203
Tel: (303)860-2848
Fax: (303) 860-2869
san@omhlaw.com
rl@omhlaw.com
sat@omhlaw.com
*Attorneys for Defendant Joseph Cahill*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2023, I electronically filed the foregoing **DEFENDANT JOSEPH CAHILL'S UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR HIS MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system with service as follows:

| | |
|---|---|
| Jane Fisher-Byrialsen<br>David Fisher<br>Fisher & Byrialsen, PLLC<br>4600 South Syracuse St., 9th Floor,<br>Denver, Colorado 80237<br>(303) 256-6345<br>Jane@FBlaw.org<br>*Attorneys or Plaintiff Barry Lee Morphew* | Hollis Whitson<br>Eric Samler<br>Samler and Whitson, PC<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202<br>(303) 670-0575<br>Hollis@SamlerandWhitson.com<br>*Attorneys or Plaintiff Barry Lee Morphew* |
| Iris Eytan<br>Eytan Law<br>2701 Lawrence St, Ste 108<br>Denver, CO 80205<br>(720) 440-8155<br>iris@eytanlawfirm.com<br>*Attorneys or Plaintiff Barry Lee Morphew* | William T. O'Connell III<br>Wells, Anderson & Race, LLC<br>1700 Broadway, Suite 900<br>Denver, CO 80290<br>(303) 830-1212<br>woconnell@warllc.com<br>*Attorney for Defendants Alex Walker and Jeffrey Lindsey* |
| Nicholas C. Poppe<br>J. Andrew Nathan<br>NATHAN DUMM & MAYER P. C.<br>7900 E. Union Avenue, Suite 600<br>Denver, CO 80237-2776<br>(303) 691-3737<br>NPoppe@ndm-law.com<br>Anathan@ndm-law.com<br>*Attorneys for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, Chaffee County Undersheriff Andrew Rohrich, Chaffee County Sheriff's Detective Robin Burgess, Chaffee County Sheriff's Deputy Randy Carricato, and Chaffee County Sheriff's Sergeant William Plackner* | Jennifer H. Hunt<br>Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6215<br>jennifer.hunt@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* |

| | |
|---|---|
| Dmitry B. Vilner<br>Assistant Attorney General II<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6645<br>dmitry.vilner@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* | Kathleen L. Spalding<br>Senior Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6000<br>kit.spalding@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* |
| Andrew R. McLetchie<br>Rachel L. Bradley<br>Fowler, Schimberg, Flanagan & McLetchie, P.C.<br>350 Indiana Street, Suite 601<br>Golden, CO 80401<br>(303) 298-8603<br>a_mcletchie@fsf-law.com<br>r_bradley@fsf-law.com<br>*Attorneys for Defendants Scott Himschoot and Claudette Hysjulien* | Eric M. Ziporin<br>Jonathan N. Eddy<br>Courtney B. Kramer<br>SGR, LLC 3900 East Mexico Avenue, Suite 700<br>Denver, CO 80210<br>(303) 320-0509<br>eziporin@sgrllc.com<br>jeddy@sgrllc.com<br>ckramer@sgrllc.com<br>*Attorneys for Defendant Mark Hurlbert* |
| Leslie L. Schluter<br>Sophia A. N. Fernald<br>DAGNER \| SCHLUTER \| WERBER LLC<br>8400 East Prentice, Suite 1401<br>Greenwood Village, CO 80111<br>(303) 221-4661<br>lschluter@lawincolorado.com<br>sfernald@lawincolorado.com<br>*Attorneys for Defendant Linda Stanley* | |

*s/Jessica Pringle*