**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:23-cv-01108-DDD-SKC

**BARRY MORPHEW,**

Plaintiff

v.

**CHAFFEE COUNTY, COLORADO, et al.,**

Defendants

---

### NOTICE OF ENTRY OF APPEARANCE

---

Attorney Eden R. Rolland of Fowler, Schimberg, Flanagan & McLetchie, PC, hereby enters her appearance on behalf of Defendants Scott Himschoot and Claudette Hysjulien in this matter.

Respectfully submitted this 11th day of October, 2023.

                                         FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

                                         */s/ Eden R. Rolland*
                                         Eden R. Rolland, #48877
                                         350 Indiana Street, Suite 601
                                         Golden, CO  80401
                                         Phone 303-298-8603
                                         Fax 720-799-2177
                                         e_rolland@fsf-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2023, the above **NOTICE OF ENTRY OF APPEARANCE** was filed via the USDC E-Filing system which caused service on all counsel of record.

*/s/ Eden R. Rolland*
Eden R. Rolland