# ATTACHMENT A

| | |
|---|---|
| **From:** | Skinner, Reginald M. (CIV) |
| **To:** | jane@fblaw.org; david@fblaw.org; hollis.whitson@gmail.com; iris@eytanlawfirm.com |
| **Cc:** | Montague, Rich (CIV); anathan@ndm-law.com; npoppe@ndm-law.com; eziporin@sgrllc.com; jeddy@sgrllc.com; lschluter@lawincolorado.com; SFernald@LawinColorado.com; woconnell@warllc.com; ckramer@sgrllc.com; a_mcletchie@fsf-law.com; r_bradley@fsf-law.com; Dmitry.Vilner@coag.gov; jennifer.hunt@coag.gov; kit.spalding@coag.gov; rl@omhlaw.com; sat@omhlaw.com; san@omhlaw.com |
| **Bcc:** | Skinner, Reginald M. (CIV) |
| **Subject:** | Extension Request in Morphew v. Chaffee County et al., 1:23-cv-1108 (D. Colo.) |
| **Date:** | Wednesday, October 11, 2023 1:30:00 PM |

Dear counsel,

Good afternoon.

Under 28 U.S.C. § 517 and Department of Justice Manual § 4-5.410, my office intends to file a motion for a 60-day extension of time for Federal Bureau of Investigation Special Agents Jonathan Grusing and Kenneth Harris to respond to plaintiff's complaint. I am reaching out to determine if plaintiff's counsel consents to the requested extension.

As you know, the agents are sued in their individual capacities under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Under Rule 12(a)(3) of the Federal Rules of Civil Procedure, federal officials sued in their individual capacities are required to file their first responsive pleading "within 60 days after service on the officer or employee or service on the United States Attorney, whichever is later." Fed. R. Civ. P. 12(a)(3). Based on the information currently available regarding service of process, the responses of defendants Grusing and Harris are due on October 27, 2023.

As federal employees sued in their individual capacities for actions within the scope of their duties, the agents may be entitled to representation by the United States Department of Justice under 28 C.F.R. § 50.15. The process for determining whether a federal official is entitled to Department of Justice representation requires several steps including review by the employee's agency, review by the Civil Division of the Department of Justice, and finally the decision to accept Department of Justice representation by the employee. See 28 C.F.R. § 50.15(a)(1)–(12).

The Department of Justice is obtaining information from the FBI in order to evaluate the requests. The representation process is underway but may not be concluded by October 27, 2023, when the responsive pleadings of defendants Grusing and Harris are due. Additional "[t]ime is needed for the United States to determine whether to provide representation to the defendant officer or employee." Fed. R. Civ. P. 12 advisory committee's note to 2000 amendment. The Department of Justice anticipates that a 60-day extension will provide sufficient time to obtain a determination regarding Department of Justice representation and to prepare an appropriate response to the complaint.

Please let me know whether plaintiff objects to the requested extension.

Thank you,
Reginald Skinner

_____

Reginald M. Skinner
Senior Trial Attorney
U.S. Department of Justice, Civil Division, Torts Branch
Constitutional & Specialized Tort Litigation
Tel: 202-616-3111
Fax: 202-616-4314
E-mail: reginald.m.skinner@usdoj.gov
*For mail delivery:*
P.O. Box 7146, Ben Franklin Station, Washington DC 20044
*For courier or overnight mail:*
175 N Street, NE, 7th Fl., Washington DC 20002