**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:23-CV-01108-DDD-SKC

BARRY MORPHEW

 Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, ET AL.,

 Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT A RESPONSIVE PLEADING

---

 Defendants, Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, Chaffee County Undersheriff Andrew Rohrich, Chaffee County Sheriff's Detective Robin Burgess, Chaffee County Sheriff's Deputy Randy Carricato, and Chaffee County Sheriff's Sergeant William Plackner (collectively the "Chaffee County Defendants"), by and through their attorneys J. Andrew Nathan and Nicholas C. Poppe of Nathan Dumm & Mayer P. C., Unopposed Motion for Extension of Time to Submit a Responsive Pleading, and state as follows:

 1. The undersigned conferred with counsel for Mr. Morphew, who does not oppose the relief sought herein.

 2. The Chaffee County Defendants' responsive pleading deadline is October 13, 2023.

3.	On October 12, counsel for Mr. Morphew contacted the undersigned and advised that Mr. Morphew is considering the dismissal of certain Chaffee County Defendants.

4.	Because the dismissal of certain Chaffee County Defendants may alter the responsive pleading of the remaining Defendants, the Chaffee County Defendants seek an extension of time to submit a responsive pleading.

5.	The Chaffee County Defendants seek a two-week extension of time, up to and including October 27, 2023, in which to provide a responsive pleading.

6.	No party will be prejudiced by this extension, which will likely save municipal and judicial resources in light of the anticipated dismissal of certain parties.

7.	The undersigned affirms that a copy of this Motion has been served on his clients.

DATED this 12th day of October, 2023.

*s/Nick Poppe*
J. Andrew Nathan
Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR CHAFFEE COUNTY
DEFENDANTS

# CERTIFICATE OF SERVICE

      I hereby certify that on 12th day of October, 2023 I electronically filed the foregoing **MOTION FOR EXTENSION** using the CM/ECF system which will send notification of such filing to the following:

**Jane Holse Fisher-Byrialsen**
**David Nathan Fisher**
Fisher & Byrialsen PLLC
4600 South Syracuse Street, 9th Floor
Denver, CO 80237
303-256-6345
Fax: 303-954-0573
Email: Jane@fblaw.org
Email: david@fblaw.org
*Attorney for Plaintiff*

**Hollis Ann Whitson**
Samler & Whitson, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
303-670-0575
Fax: 303-534-5721
Email: hollis.whitson@gmail.com
*Attorney for Plaintiff*

**Iris Eytan**
Eytan Law LLC
2701 Lawrence Street, Suite 108
Denver, CO 80205
720-440-8155
Fax: 720-440-8156
Email: iris@eytanlawfirm.com
*Attorney for Plaintiff*

**Andrew R. McLetchie**
**Rachel L. Bradley**
**Eden R. Rolland**
Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 601
Golden, CO 80401
Phone: (303) 298-8603
Email: a_mcletchie@fsf-law.com

**Scott Aaron Neckers**
**Robert I. Lapidow**
**Sarah A. Thomas**
Overturf McGath & Hull, P.C.
625 East 16th Avenue, Suite 100
Denver, CO 80203
303-860-2848
Fax: 303-860-2869
Email: san@omhlaw.com
Email: rl@omhlaw.com
Email: sat@omhlaw.com
*Attorney for Defendant Cahill*

**William Thomas O'Connell , III**
Wells Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
303-830-1212
Fax: 303-830-0898
Email: woconnell@warllc.com
*Attorney for Defendants Walker and Lindsey*

**Jennifer Hunt** *Assistant Attorney General*
**Dmitry B. Vilner,** *Assistant. Attorney General II*
**Kathleen L. Spalding***, Sr. Assistant Attorney General*
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6215, Jennifer.hunt@coag.gov
(720) 508-6645, Dmitry.vilner@coag.gov
(720) 508-6000, Kit.spalding@coag.gov
*Attorneys for CBI Defendants*

3

Email: r_bradley@fsf-law.com
Email: e_rolland@fsf-law.com
*Attorneys for Defendants Himschoot, Hysjulien*

**Leslie L. Schluter**
**Sophia A. N. Fernald**
DAGNER|SCHLUTER|WERBER LLC
8400 East Prentice, Suite 1401
Greenwood Village, CO 80111
Telephone: (303) 221-4661
lschluter@lawincolorado.com
sfernald@lawincolorado.com
*Attorneys for Defendant Stanley*

**Eric M. Ziporin**
**Jonathan N. Eddy**
**Courtney B. Kramer**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Email: eziporin@sgrllc.com
Email: jeddy@sgrllc.com
Email: ckramer@sgrllc.com
*Attorneys for Defendant Deputy District Attorney Hurlbert*

**Reginald M. Skinner**
Senior Trial Attorney
Virigina State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
Reginald.m.skinner@usdoj.gov
*Attorneys for FBI Defendants*

*s/Nick Poppe*_____
J. Andrew Nathan
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
Anathan@ndm-law.com
NPoppe@ndm-law.com
ATTORNEYS FOR CHAFFEE COUNTY DEFENDANTS

4