

Forensic Services
79 N Silicon Drive
Pueblo West, CO 81007
(719) 647-5999

# CODIS DNA Casework Match

| To: | Christopher Adams<br>Colorado Bureau of Investigation - Pueblo Laboratory<br>(719) 647-5948<br>christopher.adams@state.co.us | Date: | May 19, 2021 |
|---|---|---|---|

Joseph Cahill
Colorado Bureau of Investigation - Pueblo Laboratory
(719) 647-5945
joseph.cahill@state.co.us

Robin Burgess
Chaffee County Sheriff's Office
(719) 530-5737
rburgess@chaffeesheriff.org

From: Megan Duge, MS, ABC-MB
Casework CODIS Administrator
(719) 647-5976
megan.duge@state.co.us

The partial DNA profile from the swabs of glove compartment (Item 27.1) in your CBI case P20-1889 (Chaffee County Sheriff's Office case 20000911) has matched profiles from other cases; however, these comparisons are based on limited genetic data. The cases are all unsolved.

The contact information for the investigator(s) is:

| Agency | Investigator | Agency Case# | Case Type | Year |
|---|---|---|---|---|
| Phoenix PD | Det. James Newhouse<br>james.newhouse@phoenix.gov | Phoenix PD<br>000081367249 | 1199 - SEX ASSAULT | |
| Tempe PD | Det. Bill Stuebe<br>480-350-8803<br>william_stuebe@tempe.gov | Tempe PD<br>2000072719 | 1199 - SEX ASSAULT | |
| Chicago PD Unit 640 | Det. Barbara Midona<br>312-746-7610<br>640dna@chicagopolice.org | Chicago PD Unit 640<br>HK671004 | 1199 - SEX ASSAULT | 2004 |

Additional investigative assistance is available upon request.  Please call the CBI Major Crimes Unit at 303-239-5764.

700 Kipling Street   Suite 1000, Lakewood, CO  80215   cdpsweb.state.co.us
Jared Polis, Governor   |   Stan Hilkey, Executive Director


