IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:23-cv-01108-DDD-SKC

**BARRY MORPHEW,**

**Plaintiff**

**v.**

**CHAFFEE COUNTY, COLORADO, et al.,**

**Defendants**

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [ECF #1]

Defendants Chaffee County Sheriff's Deputy Scott Himschoot and Chaffee County Sheriff's Sergeant Claudette Hysjulien (herein, "Defendants"), by and through counsel of Fowler, Schimberg, Flanagan & McLetchie, P.C., submit this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [ECF #1]. In support, these Defendants state as follows:

1. <u>D.C.COLO.LCivR 7.1(a) Certificate of Conferral</u>: The undersigned, Andrew R. McLetchie, conferred with counsel for Plaintiffs regarding the relief requested. This Motion is unopposed.

2. The deadline for these Defendants to respond to Plaintiff's Complaint [ECF #1] is today, October 13, 2023.

3. These Defendants seek an additional three weeks in which to file an Answer or otherwise respond to Plaintiff's Complaint, such that the new deadline would be November 3, 2023.

4. These Defendants anticipate filing a Rule 12 motion to dismiss in response to Plaintiff's Complaint.

5. The undersigned, Eden R. Rolland, recently entered her appearance on behalf of these Defendants. Ms. Rolland will be the principal drafter of the motion to dismiss.

6. Additional time is needed for undersigned counsel to review the 185-page Complaint, communicate with their clients, and prepare the motion to dismiss.

7. Accordingly, these Defendants request an extension of time of three weeks, up to and through **November 3, 2023**, to respond to Plaintiff's Complaint.

8. This request is made in good faith and is not interposed for delay or any other improper purpose.

9. The requested extension will not prejudice Plaintiff nor adversely affect the expeditious litigation of this matter.

10. This Motion is unopposed.

11. This is the first request by these Defendants for an extension of time in which to respond to the Complaint.

12. The additional three weeks' time will provide counsel for these Defendants, including Ms. Rolland who recently appeared, with adequate time to review the Complaint and prepare a responsive pleading. Due to deadlines and the press of business in multiple other matters, the other attorneys with the undersigned's small law firm are currently unavailable to prepare a responsive pleading to the 185-page Complaint within an earlier timeframe.

13. Certificate of Compliance with D.C.COLO.LCivR 6.1(c): A copy of this Motion is being contemporaneously served upon the undersigned's clients.

WHEREFORE, Defendants Scott Himschoot and Claudette Hysjulien request that the Court **grant** this Motion and **order** that these Defendants may file an Answer or otherwise respond to Plaintiff's Complaint [ECF #1] up to and through Friday, **November 3, 2023**.

Respectfully submitted this 13th day of October, 2023.

FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

*/s/ Andrew R. McLetchie*
Andrew R. McLetchie, #34035
350 Indiana Street, Suite 601
Golden, CO  80401
Phone: 303-298-8603
        303-285-9310
Fax: 720-799-2177
a_mcletchie@fsf-law.com

*/s/ Eden R. Rolland*
Eden R. Rolland, #48877
350 Indiana Street, Suite 601
Golden, CO  80401
Phone 303-298-8603
Fax 720-799-2177
e_rolland@fsf-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2023, the above **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT [ECF #1]** was filed via the USDC E-Filing system which caused service on all counsel of record.

*/s/ Eden R. Rolland*
Eden R. Rolland