IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, *et al.*,

    Defendants.

---

**UNOPPOSED MOTION TO DISMISS DEFENDANTS
CARRICATO, BURGESS AND PLACKNER**

---

    Plaintiff, Barry Morphew, by and through undersigned counsel of record, hereby files this Unopposed Motion to Dismiss Defendants Randy Carricato, Robin Burgess and William Plackner from this case, and states in support the following.

    1. Plaintiff's counsel has conferred with Defendant's counsel Mr. Nicholas Poppe. Based on our conversation with Mr. Poppe and after review of certain case materials, Plaintiff has decided to dismiss the claims against Defendants Randy Carricato, Robin Burgess and William Plackner .

    WHEREFORE Plaintiff requestfully requests that the claims against Defendants Randy Carricato, Robin Burgess and William Plackner be dismissed without prejudice.

**s/ Jane Fisher-Byrialsen (#49133)**
David N. Fisher (#48253)
**FISHER & BYRIALSEN, P.L.L.C.**
4600 S. Syracuse Street, 9th Floor

Denver, Colorado 80237
T: 303-256-6345
Jane@FBLaw.org
David@ FBLaw.org

Hollis A. Whitson
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
Phone: 303-670-0575
Email: Hollis@SamlerandWhitson.com

Iris Eytan
Eytan Law
2701 Lawrence St., Ste 108
Denver, CO 80205
Phone: (720) 440-8155
Email: iris@eytanlawfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send a notification to all counsel of record.

s/ *Abigail Clement*
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
Abigail@FBLaw.org