UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, *et al.*,

    Defendants.

Civil No. 1:23-cv-01108-KAS

Hon. District Judge Daniel D. Domenico
Hon. Magistrate Judge S. Kato Crews

## NOTICE OF APPEARANCE

Please note my appearance in this matter on behalf of retired Federal Bureau of Investigation ("FBI") Special Agent Jonathan Grusing and Special Agent Kenneth Harris (the "FBI Defendants").

Dated: December 20, 2023

Respectfully Submitted,

*/s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
reginald.m.skinner@usdoj.gov

Counsel for the FBI Defendants

## CERTIFICATION OF SERVICE

I hereby certify that on December 20, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which resulted in service on all counsel of record.

By: */s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
reginald.m.skinner@usdoj.gov