UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, *et al*.,

    Defendants.

Civil No. 1:23-cv-01108-KAS

Hon. District Judge Daniel D. Domenico
Hon. Magistrate Judge S. Kato Crews

## THE FBI DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION

Defendants Jonathan Grusing and Kenneth Harris respectfully submit this unopposed motion to extend until January 16, 2024, their time to respond to Plaintiff's Complaint. Dkt. No. 1. As good cause for this motion, the defendants respectfully state as follows:

1. Under Local Rule 7.1(a), undersigned counsel conferred with Plaintiff's counsel regarding this extension request. Plaintiff does not oppose the relief requested in this motion on the condition that Plaintiff receives a commensurate 21-day extension of time to file Plaintiff's opposition brief. The FBI Defendants have no objection to extending Plaintiff's opposition deadline.

2. On May 2, 2023, Plaintiff Barry Morphew filed a complaint against several defendants, including retired Federal Bureau of Investigation ("FBI")

Special Agent Jonathan Grusing and Special Agent Kenneth Harris (the "FBI Defendants").

3. The FBI Defendants are sued in their individual capacities under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

4. Under the procedures outlined in 28 C.F.R. § 50.15, the FBI Defendants requested representation by the United States Department of Justice.

5. On October 18, 2023, in order to provide sufficient time to obtain a representation determination, this Court granted a motion by the Department of Justice to extend the FBI Defendants' time to respond to the Plaintiff's Complaint until December 26, 2023. Dkt. No. 100.

6. The process for determining whether a federal employee is entitled to Department of Justice representation requires several steps, including review by the employee's agency, review by the Civil Division of the Department of Justice, and finally the decision to accept Department of Justice representation by the employee. *See* 28 C.F.R. § 50.15(a)(1)–(12).

7. On December 19, the Department of Justice approved the FBI Defendants' requests for representation in this matter.

8. The 185-page Complaint in this matter asserts a variety of *Bivens* claims against the FBI Defendants and is premised on a 129-page arrest warrant

affidavit. Counsel for the FBI Defendants respectfully requests a reasonable extension of time to finalize their anticipated dispositive motion, including conferring with FBI officials and the FBI Defendants regarding the pertinent facts and applicable law.

Accordingly, the FBI Defendants respectfully request that the Court grant their unopposed motion to extend until January 16, 2024, the FBI Defendants' time to respond to Plaintiff's Complaint.

Dated: December 20, 2023    Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

RICHARD MONTAGUE
Senior Trial Counsel

*/s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
reginald.m.skinner@usdoj.gov

## CERTIFICATION OF SERVICE

    I hereby certify that on December 20, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which resulted in service on all counsel of record.

    By: */s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
reginald.m.skinner@usdoj.gov

4