UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, *et al.*,

    Defendants.

Civil No. 1:23-cv-01108-KAS

Hon. District Judge Daniel D. Domenico
Hon. Magistrate Judge S. Kato Crews

## THE FBI DEFENDANTS' UNOPPOSED MOTION TO EXCEED WORD LIMITATION

Defendants Jonathan Grusing and Kenneth Harris respectfully submit this unopposed motion to exceed the type-volume limitation by 2,500 words for their forthcoming Rule 12 motion to dismiss. As good cause for this motion, the defendants respectfully state as follows:

1.    Under Local Rule 7.1(a), undersigned counsel conferred with Plaintiff's counsel regarding this request. Plaintiff does not oppose the relief requested in this motion.

2.    On May 2, 2023, Plaintiff Barry Morphew filed a complaint against several defendants, including retired Federal Bureau of Investigation ("FBI")

Special Agent Jonathan Grusing and Special Agent Kenneth Harris (the "FBI Defendants").

3. The FBI Defendants are sued in their official and individual capacities under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Their response to Plaintiff's Complaint is currently due on January 16, 2024.

4. Plaintiff's Complaint is 185 pages long, is premised on a 129-page arrest warrant affidavit, and asserts six federal constitutional claims against the FBI Defendants.

5. The Court's civil practice standards specify a 4,000-word limit for Rule 12 motions.

6. The FBI Defendants respectfully request leave to exceed this limit by 2,500 words in order to adequately address the factual allegations and applicable law regarding their forthcoming dispositive motion.

Accordingly, for their forthcoming Rule 12 motion to dismiss, the FBI Defendants respectfully request that the Court grant their unopposed motion to exceed the type-volume limitation by 2,500 words.

Dated: January 12, 2024                              Respectfully Submitted,

                                                                                  BRIAN M. BOYNTON
                                                                                  Principal Deputy Assistant Attorney

                                                                                  C. SALVATORE D'ALESSIO, JR.

Director, Torts Branch

RICHARD MONTAGUE
Senior Trial Counsel

*/s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
reginald.m.skinner@usdoj.gov

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which resulted in service on all counsel of record.

By: */s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-3111
reginald.m.skinner@usdoj.gov