IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY MORPHEW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 23-cv-01108-DDD-SKC |
| CHAFFEE COUNTY, COLORADO, et. al., | ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS FILED BY DEFENDANTS GRUSING AND HARRIS, TO AND INCLUDING MARCH 29, 2024**

COMES NOW Barry Morphew, Plaintiff, by and through counsel, and files this unopposed motion to schedule Mr. Morphew's response to the motion to dismiss filed by Defendants Grusing and Harris to be on March 29, 2024 – the same day as the due date for the responses to the other seven motions to dismiss filed by the other defendants.

The intent of this motion is to reconcile two orders: Dkt. No. 107 ("Plaintiff's deadline to respond to any pending Motions to Dismiss is extended to March 29, 2024")(granting Dkt. No. 105) and Dkt. No. 116 ("Plaintiff's opposition to any motion to dismiss filed by Defendants Harris and Grusing must be filed within 21 days of the filing of such motion.")(granting Dkt. No. 115).

**FACTUAL BACKGROUND**

Prior to filing of the motion to dismiss by Defendants Harris and Grusing, seven other motions to dismiss had already been filed. In order to ensure sound case management and to

1

obtain sufficient time to research and draft responses to the seven motions to dismiss, Mr. Morphew filed a "Motion to Order Plaintiff's Response to All Motions to Dismiss to Be Due on a Single Day and the Deadline Extended to March 29, 2024." (Dkt. 105). For good cause articulated in that motion, because numerous defendants had been granted long extensions to file their motions, and because it is undoubtedly preferable from a case management standpoint for these motions to all be considered contemporaneously, Magistrate Judge S. Kato Crews granted Plaintiff's request and making all responses due on March 29, 2024.

In the meantime, Counsel for Defendants Harris and Grusing had requested additional time to determine if the Government would be providing counsel for them in this case.  Mr. Morphew did not oppose their extension, so long as the response to the motion would be due on the same day as all the other responses to the other defendants' motions to dismiss. Apparently, there was a misunderstanding and the drafter of that motion stated that Mr. Morphew requested only 21 days.

Eventually, without objection from Mr. Morphew as to their requests for time, they filed an extension request seeking to file their motion to dismiss on January 16, 2024.  (Dkt. 115). This Court granted their request and added in its order that Mr. Morphew's response would be due 21 days thereafter. (Dkt. 116).

## REQUEST THAT THIS COURT ORDER THAT ALL RESPONSES ARE DUE ON MARCH 29, 2024

All of the reasons set forth previously (Dkt. 105) still apply. Undersigned counsel Jane Byrialsen will be in Denmark for a week in February on business. In February, undersigned counsel Hollis Whitson and Jane Byrialsen have a one-week evidentiary hearing out of town in a state court proceeding in Pueblo, Colorado. This case seems like a good candidate for mediation

and the extension will give the parties time to explore those options. There are nine separate motions to dismiss that require a response. This Court and all parties would benefit from the Plaintiff having sufficient time to respond to the nine motions to dismiss.

As a practical matter and in the interests of sound judicial economy, all of the responses should be due on the same day. The likelihood is great that this Court would rule on them all simultaneously as the issues will certainly overlap, so no individual defendant would be prejudiced or in any way delayed by making them all due on the same day. Having the ability to respond simultaneously increases the likelihood that arguments could be consolidated, increasing judicial economy.

This request will in no way disadvantage Defendants Grusing and Harris. Discovery has been stayed.

WHEREFORE, Plaintiff Barry Morphew moves this Court to extend the deadline for filing his Response to the Motion to Dismiss filed by Defendants Grusing and Harris, to and including March 29, 2024.

DATED: January 30, 2024

/s/Jane Fisher-Byrialsen
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse St., 9th Fl.
Denver, CO 80237
(303) 256-6345
Jane@FBLaw.org

Hollis A. Whitson
Samler and Whitson, PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-670-0575       hollis@samlerandwhitson.com