IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-SKC

**BARRY MORPHEW,**

*Plaintiff,*

V.

**CHAFFEE COUNTY, et al.**

*Defendants.*

___

**PARTIALLY UNOPPOSED REQUEST FOR ADDITIONAL WORDS IN RESPONSE TO MOTIONS TO DISMISS FILED BY DEFENDANTS MARK HURLBERT [Dkt. 95], CHAFFEE COUNTY DEFENDANTS [Dkt. 104], SCOTT HIMSCHOOT [Dkt. 108], and CLAUDETTE HYSJULIEN [Dkt. 109]**

___

Plaintiff Barry Morphew, by and through his attorneys, Fisher & Byrialsen, PLLC, Samler & Whitson, PC, and Eytan Law LLC, hereby file this PARTIALLY UNOPPOSED request for additional words in his Responses to Motions to Dismiss filed by Defendants Mark Hurlbert [Dkt. 95], Chaffee County Defendants [Dkt. 104], Scott Himschoot [Dkt. 108], and Claudette Hysjulien [Dkt. 109] and as grounds therefor state:

1.  Undersigned counsel has sought to confer with counsel for these defendants and has heard back from counsel for two of them (Sergeant Claudette Hysjulien and Deputy Scott Himschoot), who have no objection to this request on the understanding they will each be permitted a commensurate amount of words for their Replies.[1]  Because counsel has not heard

---

[1] DDD Civ. P.S. II(A)(1) provides for Reply Briefs containing 2700 words or less. A commensurate number of words for a 6000-word Response would be 4050 words.

1

back from counsel for Mark Hurlbert or the Chaffee County Defendants, counsel is unable to state their position on this motion.

2. For the Responses to each of the other defendants' motions to dismiss in this case, this Court has already granted leave for Plaintiff to file responses of up to 6500 words in length. [Dkt. 86 and 89]. While Plaintiff may not need 6000 words for each of the Responses covered by this motion, as editing is ongoing, counsel is filing this motion in an abundance of caution.

3. This request is necessary given the length of the Plaintiff's Complaint, the complex nature of Plaintiff's thirteen claims and the scope of Defendants' defenses including their claims of qualified immunity, absolute immunity, and responses to the municipal liability claims.

4. This Motion is not made for any improper purpose and no party will be unfairly prejudiced if the Court grants the requested relief. However, if the requested relief is denied, then Mr. Morphew will be significantly prejudiced in presenting a full response to the Motions to Dismiss.

WHEREFORE, Mr. Morphew respectfully requests that the Court extend the word limit for the respective Responses to the motions to dismiss [Dkts. 95, 104, 108, and 109] by 2,000 words —for a total of 6,000 words for each Response.

Respectfully submitted

 s/*Jane Fisher-Byrialsen*

JANE FISHER-BYRIALSEN
IRIS EYTAN
HOLLIS WHITSON

*Attorneys for Barry Morphew*

**2**

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which resulted in service on all counsel of record.

s/*Jane Fisher-Byrialsen*
JANE FISHER-BYRIALSEN

3