## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

                      *Plaintiff*,

V.

CHAFFEE COUNTY, et al.

                      *Defendants*.

---

### STIPULATED MOTION TO DISMISS DEFENDANTS GRUSING AND HARRIS

---

Plaintiff and Defendants, by and through their respective undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal <u>with prejudice</u> of all of Plaintiff's claims against Defendants Jonathan Grusing and Kenneth Harris <u>only</u>, each party to pay their own attorneys' fees and costs.

Plaintiff does not release his claims against any other Defendants. Plaintiff's litigation against those Defendants is ongoing, and Plaintiff does not release, limit, waive, setoff or compromise in any manner whatsoever Plaintiff's claims, causes of action, theories, or allegations against those Defendants.

WHEREFORE, Plaintiff and Defendants respectfully move this Court for an Order granting the dismissal with prejudice of all claims against Defendants Grusing and Harris, each party to pay their own attorneys' fees and costs.

DATED this 27th day of March 2024.

s/ *Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
C: (202) 256-5664
Jane@FBLaw.org
*Attorneys for Barry Morphew*

s/ *Reginald Skinner*
U.S. Department of Justice, Civil Division, Torts Branch
P.O. Box 7146
Ben Franklin Station
Washington DC 20044
P: (202) 616-3111
reginald.m.skinner@usdoj.gov
*Attorney for Jonathan Grusing and Kenneth Harris*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS DEFENDANTS GRUSING AND HARRIS** with the Clerk of the US District Court – District of Colorado using the ECF system, which resulted in service of all counsel of record.

*/s/ Abby Clement*
Abby Clement, Paralegal to Jane Fisher-Byrialsen