# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

        *Plaintiff*,

V.

CHAFFEE COUNTY, et al.

        *Defendants*.

---

### STIPULATED MOTION TO DISMISS DEFENDANT HYSJULIEN

---

Plaintiff and Defendant Hysjulien, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all of Plaintiff's claims against Defendant Hysjulien <u>only</u>, each party to pay their own attorneys' fees and costs.

Plaintiff does not release his claims against any other Defendants. Plaintiff's litigation against those Defendants is ongoing, and Plaintiff does not release, limit, waive, setoff or compromise in any manner whatsoever Plaintiff's claims, causes of action, theories, or allegations against those Defendants.

WHEREFORE, Plaintiff and Defendant Hysjulien respectfully move this Court for an Order granting the dismissal of all claims against Defendant Hysjulien, each party to pay their own attorneys' fees and costs.

DATED this 29th day of March 2024.

s/ *Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq.
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237
T: (303) 256-6345
C: (202) 256-5664
Jane@FBLaw.org
*Attorneys for Barry Morphew*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing **Stipulated Motion to Dismiss Defendant Hysjulien** with the Clerk of Court using the ECF system, which resulted in service on all counsel of record.

s/*Abby Clement*
Paralegal to Jane Fisher-Byrialsen