IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

                                             *Plaintiff*,

V.

CHAFFEE COUNTY, et al.

                                             *Defendants*.

_____

**AMENDED CERTIFICATE OF SERVICE FOR RESPONSE TO MOTION TO DISMISS FILED BY CAMPER, DUGE, SCHAEFER, ROGERS, KOBACK, LEWIS, GRAHAM ("CBI DEFENDANTS") DKT. 97**

_____

      Plaintiff, Barry Morphew, by and through his attorney, Jane Fisher-Byrialsen submits this amended Certificate of Service for Response to Motion to Dismiss filed by Camper Duge Schaefer Rogers Koback Lewis Graham "CBI Defendants" Dkt 97. The initial response was intended to be filed with the Court on March 29, 2024, however due to a clerical error the Motion to Dismiss was uploaded instead. Plaintiff hereby submits the correct document in replacement of Dkt 133. The correct Response is being submitted herewith.

Respectfully submitted,

s/*Jane Fisher-Byrialsen*
JANE FISHER-BYRIALSEN
IRIS EYTAN
HOLLIS WHITSON

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 1, 2024, I electronically filed the foregoing paper with the

Clerk of Court using the ECF system, which resulted in service on all counsel of record.

                                                                                   s/*Abby Clement*
                                                                   Paralegal to Jane Fisher Byrialsen

1