# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-1108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, et al.

    Defendants.

---

**DEFENDANT HURLBERT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY**

---

Defendant, **DEPUTY DISTRICT ATTORNEY MARK HURLBERT**, through his attorneys, **SGR, LLC**, hereby submits his Unopposed Motion for Extension of Time to Submit Reply, and states as follows.

### I. STATEMENT OF CONFERRAL

Pursuant to D.C.COLO.LCiv.R 7.1(a), the parties have conferred and Plaintiff is unopposed.

### II. REQUESTED RELIEF

1. Defendant Hurlbert's Reply in Support of Motion to Dismiss is currently due April 12, 2024.

2. The Response [ECF No. 132] is lengthy and involves complex issues of immunity. Undersigned counsel, Mr. Eddy, will be out of state the week of the operative deadline and requires additional time to review Plaintiff's arguments to prepare the Reply.

1

3.  Accordingly, Defendant Hurlbert respectfully requests an additional <u>14 days</u> to file his Reply, through <u>April 26, 2024</u>.

4.  There have been no prior extensions of this deadline, and no parties will be prejudiced by this extension of time.

5.  Undersigned counsel verify that a copy of this Motion was served on their client at the time of filing.

6.  Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCivR 6.1(b) and (c).

**WHEREFORE**, Defendant Hurlbert respectfully requests that the Court extend his reply deadline to April 26, 2024.

Respectfully submitted,

| | |
|---|---|
| s/ Eric M. Ziporin | s/ Jonathan N. Eddy |
| ***Eric M. Ziporin*** | ***Jonathan N. Eddy*** |
| SGR, LLC | SGR, LLC |
| 3900 East Mexico Avenue, Suite 700 | 3900 East Mexico Avenue, Suite 700 |
| Denver, Colorado 80210 | Denver, Colorado 80210 |
| Email: eziporin@sgrllc.com | Email: jeddy@sgrllc.com |
| | *Attorneys for Defendant Hurlbert* |

***This pleading complies with the Court's Civil Practice Standards***

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 4th day of April, 2024, I electronically filed a true and correct copy of the above and foregoing **DEFENDANT HURLBERT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jane Fisher-Byrialsen
David Fisher
Fisher & Byrialsen, PLLC
jane@fblaw.org
david@fblaw.org
*Counsel for Plaintiff*

Hollis Whitson
Samler and Whitson, PC
hollis@samlerandwhitson.com
*Counsel for Plaintiff*

Iris Eytan
Eytan Law
iris@eytanlawfirm.com
*Counsel for Plaintiff*

J. Andrew Nathan
Nicholas Christaan Poppe
Nathan Dumm & Mayer, PC
anathan@ndm-law.com
npoppe@ndm-law.com
*Counsel for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Chaffee County Sheriff's Department, John Spezze, Robin Burgess, Randy Carricato, William Plackner, and Andrew Rohrich*

William T. O'Connell, III
Wells Anderson & Race, LLC
woconnell@warllc.com
*Counsel for Defendants Alex Walker and Jeffrey Lindsey*

Dmitry B. Vilner
Jennifer H. Hunt
Kathleen L. Spalding
Colorado Attorney General's Office
dmitry.vilner@coag.gov
jennifer.hunt@coag.gov

3

Email:  kit.spalding@coag.gov
*Counsel for Defendants John Camper, Megan Duge, Caitlin Rogers, Derek Graham, Kevin Koback, Kirby Lewis and Chris Schaefer*

Andrew R. McLetchie
Rachel L. Bradley
Eden R. Rollan
a_mcletchie@fsf-law.com
r_bradley@fsf-law.com
e_rollan@fsf-law.com
*Counsel for Defendant Scott Himschoot and Claudette Hysjulien*

Scott A. Neckers
Robert I. Lapidow
Sarah A. Thomas
Overturf McGath & Hull, PC
san@omhlaw.com
rl@omhlaw.com
sat@ohmlaw.com
*Counsel for Defendant Joseph Cahill*

Leslie L. Schluter
Sophia A.N. Fernald
Dagner, Schluter, Werber LLC
lschluter@lawincolordo.com
sfernald@lawincolorado.com
*Counsel for Defendant Linda Stanley*

Reginald M. Skinner
United States Department of Justice, Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 80044
*Counsel for Defendant Jonathan Grusing and Kenneth Harris*

              *s/ Taylor Will*
              Legal Secretary

4