IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108-DDD-JPO

BARRY MORPHEW,

    Plaintiff,

v.

Chaffee County, Colorado, et al

    Defendants.

---

**CBI DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS**

---

Defendants former Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, former Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham (CBI Defendants), through counsel, the Colorado Attorney General, hereby submits their Unopposed Motion for Extension of Time to Submit Reply in Support of Motion to Dismiss, and states as follows:

## CONFERRAL

Counsel for the CBI Defendants conferred with Plaintiff's counsel, via e-mail on April 1, 2024 and counsel for Plaintiff responded on April 5, 2024. Counsel for Plaintiff **does not oppose** this Motion.

## REQUESTED RELEIF

1. Plaintiff filed his corrected Response to the CBI Defendants' Motion to Dismiss [ECF No. 136] on April 1, 2024. Accordingly, CBI Defendants' Reply in Support of their Motion to Dismiss is due April 15, 2024.

2. Plaintiff's Response to the CBI Defendants' Motion to Dismiss is lengthy and involves complex issues of governmental immunity. Further, one of CBI Defendants' counsel, Ms. Spalding, will be out of state the week of the operative deadline. The CBI Defendants therefore require additional time to review Plaintiff's arguments to prepare the Reply.

3. The CBI Defendants respectfully request and extension of time of 18 days, up to and including May 3. 2014, to file their Reply.

4. There have been no prior extension of this deadline and no parties will be prejudiced by this extension of time.

5. Undersigned counsel verify that a copy of this Motion was served on their clients at the time of filing.

6. Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCivR 6.1(b) and (c).

**WHEREFORE**, the CBI Defendants respectfully requests that the Court extend their Reply deadline, up to and including, May 3, 2014.

Respectfully submitted this 8th day of April, 2024.

>PHILIP J. WEISER
>Attorney General
>
>*s/ Dmitry B. Vilner*
>JENNIFER H. HUNT*
>Senior Assistant Attorney General
>KATHLEEN L. SPALDING*
>Senior Assistant Attorney General
>DMITRY B. VILNER*
>Assistant Attorney General
>Civil Litigation and Employment Law Section
>1300 Broadway, 10th Floor
>Denver, Colorado 80203
>Telephone: 720-508-6000
>E-Mail: jennifer.hunt@coag.gov
>        kit.spalding@coag.gov
>        dmitry.vilner@coag.gov
>*Counsel of Record
>
>*Attorneys for CBI Defendants*

CERTIFICATION OF WORD COUNT: I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1), as modified by court order dated October 3, 2023.