IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.       1:23-CV-01108-DDD-JPO

BARRY MORPHEW

　　　　Plaintiff,

v.

CHAFFEE COUNTY, COLORADO, ET AL.,

　　　　Defendants.

---

**CHAFFEE COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS [ECF 104]**

---

Defendants, Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, and Chaffee County Undersheriff Andrew Rohrich, (collectively the "Chaffee County Defendants"), by and through their attorneys J. Andrew Nathan and Nicholas C. Poppe of Nathan Dumm & Mayer P. C., hereby submit their unopposed Motion for Extension of Time to Submit their Reply brief in support of their Motion to Dismiss [ECF 104], and state as follows:

　　　　1.　　The undersigned conferred with counsel for the Plaintiff, who does not oppose the relief sought herein.

　　　　2.　　The Chaffee County Defendants' reply brief in support of their Motion to Dismiss is due on April 12, 2024. While the undersigned has been diligently working on a reply brief, the Chaffee County Defendants need additional time to confer and finalize a brief. Part of the delay is due to a previously scheduled vacation of the undersigned.

3.	The Chaffee County Defendants thus request a three-week extension of time, up to and including May 3, 2024, in which to submit their reply brief.

4.	Given the extension granted to the Plaintiff in submitting responses and the multiple extensions already granted to other Defendants, no party will be prejudiced by this extension.

5.	This is the first extension of time sought by the Chaffee County Defendants with respect to this briefing.

6.	The undersigned affirms that he has served a copy of this Motion on his clients.

WHEREFORE, the Chaffee County Defendants respectfully request up to and including May 3, 2024 in which to submit a reply in support of their Motion to Dismiss.

DATED this 9th day of April, 2024.

> *s/Nick Poppe*
> J. Andrew Nathan
> Nicholas C. Poppe
> NATHAN DUMM & MAYER P. C.
> 7900 E. Union Avenue, Suite 600
> Denver, CO 80237-2776
> Telephone: (303) 691-3737
> Facsimile: (303) 757-5106
> ATTORNEYS FOR CHAFFEE COUNTY DEFENDANTS

# CERTIFICATE OF SERVICE

I hereby certify that on 9th day of April, 2024 I electronically filed the foregoing **MOTION FOR EXTENSION** using the CM/ECF system which will send notification of such filing to the following:

**Jane Holse Fisher-Byrialsen**
**David Nathan Fisher**
Fisher & Byrialsen PLLC
4600 South Syracuse Street, 9th Floor
Denver, CO 80237
303-256-6345
Fax: 303-954-0573
Email: Jane@fblaw.org
Email: david@fblaw.org
*Attorney for Plaintiff*

**Hollis Ann Whitson**
Samler & Whitson, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
303-670-0575
Fax: 303-534-5721
Email: hollis.whitson@gmail.com
*Attorney for Plaintiff*

**Iris Eytan**
Eytan Law LLC
2701 Lawrence Street, Suite 108
Denver, CO 80205
720-440-8155
Fax: 720-440-8156
Email: iris@eytanlawfirm.com
*Attorney for Plaintiff*

**Andrew R. McLetchie**
**Rachel L. Bradley**
**Eden R. Rolland**

**Scott Aaron Neckers**
**Robert I. Lapidow**
**Sarah A. Thomas**
Overturf McGath & Hull, P.C.
625 East 16th Avenue, Suite 100
Denver, CO 80203
303-860-2848
Fax: 303-860-2869
Email: san@omhlaw.com
Email: rl@omhlaw.com
Email: sat@omhlaw.com
*Attorney for Defendant Cahill*

**William Thomas O'Connell , III**
Wells Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
303-830-1212
Fax: 303-830-0898
Email: woconnell@warllc.com
*Attorney for Defendants Walker and Lindsey*

**Jennifer Hunt** *Assistant Attorney General*
**Dmitry B. Vilner,** *Assistant. Attorney General II*
**Kathleen L. Spalding**, *Sr. Assistant Attorney General*
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6215, Jennifer.hunt@coag.gov
(720) 508-6645, Dmitry.vilner@coag.gov
(720) 508-6000, Kit.spalding@coag.gov
*Attorneys for CBI Defendants*

**Eric M. Ziporin**
**Jonathan N. Eddy**
**Courtney B. Kramer**
SGR, LLC

Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 601
Golden, CO 80401
Phone: (303) 298-8603
Email: a_mcletchie@fsf-law.com
Email: r_bradley@fsf-law.com
Email: e_rolland@fsf-law.com
*Attorneys for Defendants Himschoot, Hysjulien*

**Leslie L. Schluter**
DAGNER|SCHLUTER|WERBER LLC
8400 East Prentice, Suite 1401
Greenwood Village, CO 80111
Telephone: (303) 221-4661
lschluter@lawincolorado.com
*Attorneys for Defendant Stanley*

3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Email: eziporin@sgrllc.com
Email: jeddy@sgrllc.com
Email: ckramer@sgrllc.com
*Attorneys for Defendant Deputy District Attorney Hurlbert*

s/Nick Poppe
J. Andrew Nathan
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
Anathan@ndm-law.com
NPoppe@ndm-law.com
ATTORNEYS FOR CHAFFEE COUNTY DEFENDANTS

4