## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1108-DDD-JPO

BARRY MORPHEW

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado,
BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, Colorado,
CHAFFEE COUNTY SHERIFF'S DEPARTMENT,
LINDA STANLEY, District Attorney, in her official and individual capacities,
JOHN SPEZZE, Chaffee County Sheriff, in his official and individual capacities,
SCOTT HIMSCHOOT, Chaffee County Sheriff's Deputy,
ANDREW ROHRICH, Chaffee County Undersheriff,
ALEX WALKER, Eleventh Judicial District Attorney's Office Investigator,
JEFFREY LINDSEY, Deputy District Attorney,
ROBIN BURGESS, Chaffee County Sheriff's Detective,
RANDY CARRICATO, Chaffee County Sheriff's Deputy,
CLAUDETTE HYSJULIEN, Chaffee County Sheriff's Sergeant,
WILLIAM PLACKNER, Chaffee County Sheriff's Sergeant,
JOHN CAMPER, Colorado Bureau of Investigation Director,
JOSEPH CAHILL, Colorado Bureau of Investigation Agent,
MEGAN DUGE, Colorado Bureau of Investigation Agent,
CAITLIN ROGERS, Colorado Bureau of Investigation Agent,
DEREK GRAHAM, Colorado Bureau of Investigation Agent,
KEVIN KOBACK, Colorado Bureau of Investigation Agent,
KIRBY LEWIS, Colorado Bureau of Investigation Agent,
CHRIS SCHAEFER, Colorado Bureau of Investigation Deputy Director of Investigations,
JONATHAN GRUSING, Federal Bureau of Investigation Agent,
KENNETH HARRIS, Federal Bureau of Investigation Agent, and
JOHN/JANE DOES 1-10, and other unknown employees of the Eleventh Judicial District Attorney, and other unknown officers of the Chaffee County Sheriff's Department,

    Defendants.

---

### DEFENDANT CAHILL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS [DKT. 98]

---

Defendant Joseph Cahill, by and through his attorneys, Overturf McGath & Hull, P.C. hereby submits his Unopposed Motion for Extension of Time to Submit Reply in Support of his Motion to Dismiss [Dkt. 98], and states as follows:

**STATEMENT OF CONFERRAL**

Pursuant to D.C.COLO.L.Civ.R 7.1(a), the parties have conferred. Plaintiff does not oppose the requested relief.

**MOTION**

1. Defendant Cahill's Reply in Support of his Motion to Dismiss is currently due April 12, 2024.

2. The Response [ECF #132] is lengthy and involves complex issues of qualified immunity. Undersigned counsel requires additional time to review Plaintiff's arguments to prepare the Reply.

3. Accordingly, Defendant Cahill respectfully requests an additional 14 days to file his Reply, through April 26, 2024.

4. There have been no prior extensions of this deadline, and no parties will be prejudiced by this extension of time.

5. Undersigned counsel verify that a copy of this Motion was served on their client at the time of filing.

6. Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCivR 6.1(b) and (c).

WHEREFORE Defendant Cahill respectfully requests that the Court extend his Reply deadline to April 26, 2024.

DATED this 9th day of April 2024.

        Respectfully submitted,

        **OVERTURF McGATH**
        **& HULL, P.C.**

  By  *s/ Scott A. Neckers*
        Scott A. Neckers
        Robert I. Lapidow
        Sarah A. Thomas
        Overturf McGath & Hull, P.C.
        625 East Sixteenth Avenue, Suite 100
        Denver, Colorado 80203
        Tel: (303)860-2848
        Fax: (303) 860-2869
        san@omhlaw.com
        rl@omhlaw.com
        sat@omhlaw.com
        *Attorneys for Defendant Joseph Cahill*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2024, I electronically filed the foregoing **DEFENDANT CAHILL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS [DKT. 98]**with the Clerk of Court using the CM/ECF system with service as follows:

| | |
|---|---|
| Jane Fisher-Byrialsen<br>David Fisher<br>Fisher & Byrialsen, PLLC<br>4600 South Syracuse St., 9th Floor,<br>Denver, Colorado 80237<br>(303) 256-6345<br>Jane@FBlaw.org<br>*Attorneys or Plaintiff Barry Lee Morphew* | Hollis Whitson<br>Eric Samler<br>Samler and Whitson, PC<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202<br>(303) 670-0575<br>Hollis@SamlerandWhitson.com<br>*Attorneys or Plaintiff Barry Lee Morphew* |
| Iris Eytan<br>Eytan Law<br>2701 Lawrence St, Ste 108<br>Denver, CO 80205<br>(720) 440-8155<br>iris@eytanlawfirm.com<br>*Attorneys or Plaintiff Barry Lee Morphew* | William T. O'Connell III<br>Wells, Anderson & Race, LLC<br>1700 Broadway, Suite 900<br>Denver, CO 80290<br>(303) 830-1212<br>woconnell@warllc.com<br>*Attorney for Defendants Alex Walker and Jeffrey Lindsey* |
| Nicholas C. Poppe<br>J. Andrew Nathan<br>NATHAN DUMM & MAYER P. C.<br>7900 E. Union Avenue, Suite 600<br>Denver, CO 80237-2776<br>(303) 691-3737<br>NPoppe@ndm-law.com<br>Anathan@ndm-law.com<br>*Attorneys for Defendants Chaffee County, Colorado, Board of County Commissioners of Chaffee County, Colorado, Chaffee County Sheriff's Department, Chaffee County Sheriff John Spezze, and Chaffee County Undersheriff Andrew Rohrich* | Jennifer H. Hunt<br>Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6215<br>jennifer.hunt@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* |

| | |
|---|---|
| Dmitry B. Vilner<br>Assistant Attorney General II<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6645<br>dmitry.vilner@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* | Kathleen L. Spalding<br>Senior Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6000<br>kit.spalding@coag.gov<br>*Attorney for Defendants Colorado Bureau of Investigation Director John Camper, Colorado Bureau of Investigation Agent Megan Duge, Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer, Colorado Bureau of Investigation Agent Caitlin Rogers, Colorado Bureau of Investigation Agent Kevin Koback, Colorado Bureau of Investigation Agent Kirby Lewis, and Colorado Bureau of Investigation Agent Derek Graham* |
| Andrew R. McLetchie<br>Rachel L. Bradley<br>Eden R. Rolland<br>Fowler, Schimberg, Flanagan & McLetchie, P.C.<br>350 Indiana Street, Suite 601<br>Golden, CO 80401<br>(303) 298-8603<br>a_mcletchie@fsf-law.com<br>r_bradley@fsf-law.com<br>e_rolland@fsf-law.com<br>*Attorneys for Defendants Scott Himschoot and Claudette Hysjulien* | Eric M. Ziporin<br>Jonathan N. Eddy<br>Courtney B. Kramer<br>SGR, LLC 3900 East Mexico Avenue, Suite 700<br>Denver, CO 80210<br>(303) 320-0509<br>eziporin@sgrllc.com<br>jeddy@sgrllc.com<br>ckramer@sgrllc.com<br>*Attorneys for Defendant Mark Hurlbert* |
| Leslie L. Schluter<br>DAGNER \| SCHLUTER \| WERBER LLC<br>8400 East Prentice, Suite 1401<br>Greenwood Village, CO 80111<br>(303) 221-4661<br>lschluter@lawincolorado.com<br>*Attorneys for Defendant Linda Stanley* | Joseph Cahill<br>(via email by his counsel, Overturf McGath & Hull, P.C.) |

*s/Jessica Pringle*