IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01108-DDD-JPO

BARRY MORPHEW,

    Plaintiff,

v.

Chaffee County, Colorado,
Board of County Commissioners of Chaffee County, Colorado,
Chaffee County Sheriff's Department,
District Attorney Linda Stanley, in her individual and official capacity,
Chaffee County Sheriff John Spezze, in his individual and official capacity,
Chaffee County Undersheriff Andrew Rohrich,
Eleventh Judicial District Attorney's Office Investigator Alex Walker,
Deputy District Attorney Jeffrey Lindsey,
Deputy District Attorney Mark Hurlbert,
Chaffee County Sheriff's Detective Robin Burgess,
Chaffee County Sheriff's Deputy Randy Carricato,
Chaffee County Sheriff's Deputy Scott Himschoot,
Chaffee County Sheriff's Sergeant William Plackner,
Colorado Bureau of Investigation Director John Camper,
Colorado Bureau of Investigation Agent Joseph Cahill,
Colorado Bureau of Investigation Agent Megan Duge,
Colorado Bureau of Investigation Agent Caitlin Rogers,
Colorado Bureau of Investigation Agent Derek Graham,
Colorado Bureau of Investigation Agent Kevin Koback,
Colorado Bureau of Investigation Agent Kirby Lewis,
Colorado Bureau of Investigations Deputy Director of Investigations Chris Schaefer,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DISTRICT ATTORNEY LINDA STANLEY'S MOTION TO DISMISS**

Counsel for Defendant District Attorney Linda Stanley requests an extension to reply to plaintiff's response to her motion to dismiss [ECF 87] through May 3, 2024. As grounds, counsel states as follows:

### Certificate of Conferral

In accordance with D.C.COLO.LCiv.R 7.1(a), undersigned counsel conferred with plaintiff's counsel concerning the requested extension. Counsel for plaintiff is unopposed to this extension.

### Motion

1. District Attorney Stanley filed her motion to dismiss on October 4, 2023. [ECF 87.] Under extension, plaintiff filed his response to the motion on March 29, 2024. [ECF 129.] Currently, DA Stanley's reply to the response is due Friday, April 12, 2024.

2. The plaintiff's response is lengthy and involves complex issues of immunity. The undersigned needs the additional time to prepare the reply due to deadlines and depositions in other cases.

3. This proposed extension aligns with a reply extension already granted to some co-defendants [e.g. ECF 141]. Therefore, if allowed, the extension sought here will not delay further proceedings.

4. The undersigned certifies that she is simultaneously providing her client with a copy of this motion.

WHEREFORE, counsel for Defendant District Attorney Linda Stanley requests an extension through May 3, 2024 to file her reply to plaintiff's response to her motion to dismiss.

Respectfully submitted,


By  s/*Leslie L. Schluter*
     Leslie L. Schluter
     DAGNER | SCHLUTER | WERBER LLC
     8400 East Prentice, Suite 1401
     Greenwood Village, CO 80111
     Telephone: (303) 221-4661
     Fax: (303) 221-4594
     E-mail:  lschluter@lawincolorado.com

Attorneys For Defendant
Eleventh Judicial District Attorney, Linda Stanley

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 9, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DISTRICT ATTORNEY LINDA STANLEY'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jane Holse Fisher-Byrialsen, Esq.
David Nathan Fisher, Esq.
Fisher & Byrialsen PLLC
jane@fblaw.org
david@fblaw.org

Iris Eytan, Esq.
Eytan Law LLC
iris@eytanlawfirm.com

Eric M. Ziporin, Esq.
Jonathan N. Eddy, Esq.
Courtney B. Kramer, Esq.
SGR, LLC
eziporin@sgrllc.com
jeddy@sgrllc.com
ckramer@sgrllc.com

Andrew R. McLetchie, Esq.
Rachel L. Bradley, Esq.
Eden R. Rolland, Esq.
Fowler Schimberg & Flanagan, P.C.
a_mcletchie@fsf-law.com
r_bradley@fsf-law.com
e_rolland@fsf-law.com

Robert I. Lapidow, Esq.
Sarah A. Thomas, Esq.
Scott A. Neckers, Esq.
Overturf McGath & Hull, P.C.
rl@omhlaw.com
sat@omhlaw.com
san@omhlaw.com

Hollis Ann Whitson, Esq.
Samler & Whitson, P.C.
hollis.whitson@gmail.com

J. Andrew Nathan, Esq.
Nicholas Christaan Poppe, Esq.
Nathan Dumm & Mayer PC
anathan@ndm-law.com
npoppe@ndm-law.com

William Thomas O'Connell, III, Esq.
Wells Anderson & Race, LLC
woconnell@warllc.com

Dmitry B. Vilner, Esq.
Jennifer H. Hunt, Esq.
Kathleen L. Spalding, Esq.
Colorado Attorney General's Office
Dmitry.Vilner@coag.gov
Jennifer.Hunt@coag.gov
Kit.Spalding@coag.gov

s/*Marisa Showalter*
Paralegal

4