IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:23-cv-01108-DDD-SKC

**BARRY MORPHEW,**

**Plaintiff**

**v.**

**CHAFFEE COUNTY, COLORADO, et al.,**

**Defendants**

---

**DEFENDANT HIMSCHOOT'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS [ECF #108]**

---

Defendants Chaffee County Sheriff's Deputy Scott Himschoot, by and through counsel of Fowler, Schimberg, Flanagan & McLetchie, P.C., submits this Unopposed Motion for Extension of Time to submit a Reply in support of his Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF #108], and in support, states as follows:

1. <u>D.C.COLO.LCivR 7.1(a) Certificate of Conferral</u>: Counsel for Deputy Himschoot conferred with Plaintiff's counsel regarding the requested extension. This Motion is unopposed.

2. Deputy Himschoot has filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) that raises qualified immunity. *See* Mot. to Dismiss [ECF #108].

3. On March 29, 2024, Plaintiff submitted a Response to Mr. Himschoot's Motion to Dismiss. *See* Response [ECF #135].

4. Accordingly, Deputy Himschoot's deadline to submit a Reply in support of his Motion to Dismiss is Friday, April 12, 2024.

5. Deputy Himschoot seeks an additional two weeks in which to file a Reply, such that the new deadline would be April 26, 2024. Counsel for Deputy Himschoot has begun work on the Reply, but additional time is requested due to prior scheduling commitments of counsel and to allow additional time to communicate with Deputy Himschoot. The undersigned Eden Rolland is the principal drafter of the Reply and is currently involved in end-of-semester instruction and grading for a course at the University of Colorado Law School. Additionally, more time is needed among counsel to coordinate and communicate with their client.

6. For these reasons, Deputy Himschoot requests an extension of time to submit a Reply brief to his Motion to Dismiss, up to and through **April 26, 2024**.

7. Considering the extensions of time accorded to Plaintiff in responding to motions to dismiss and the extensions granted to other Defendants, no party will be prejudiced by this extension. Moreover, this Motion is unopposed.

8. This Motion is made in good faith and is not presented for any improper purpose.

9. This is the first extension of time sought by Deputy Himschoot with respect to this Reply brief.

10. Certificate of Compliance with D.C.COLO.LCivR 6.1(c): A copy of this Motion is being contemporaneously served upon the undersigned's client.

WHEREFORE, Defendant Scott Himschoot requests that the Court grant this Motion and order that Deputy Himschoot may file a Reply in support of Deputy Himschoot's Motion to Dismiss [ECF #108] up to and through April 26, 2024.

Respectfully submitted this 9th day of April, 2024.

FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C.

*/s/ Andrew R. McLetchie*
Andrew R. McLetchie, #34035
350 Indiana Street, Suite 601
Golden, CO 80401
Phone: 303-298-8603
           303-285-9310
Fax: 720-799-2177
a_mcletchie@fsf-law.com

*/s/ Eden R. Rolland*
Eden R. Rolland, #48877
350 Indiana Street, Suite 601
Golden, CO 80401
Phone 303-298-8603
Fax 720-799-2177
e_rolland@fsf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2024, the above **DEFENDANT HIMSCHOOT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS [ECF #108]** was filed via the USDC E-Filing system which caused service on all counsel of record.

*/s/ Eden R. Rolland*
Eden R. Rolland