IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Civil Action No.: 1:23-cv-01108-DDD-JPO   Date:  August 21, 2024
Courtroom Deputy:  Robert R. Keech   Court Reporter: Tammy Hoffschildt

| Parties: | Counsel: |
|---|---|
| BARRY MORPHEW, | Hollis A. Whitson |
|  | Iris Eytan |
| Plaintiff, | Jane Holse Fisher-Byrialsen |
| v. |  |
| CHAFFEE COUNTY, COLORADO, et al., | Nicholas C. Poppe |
|  | Eric M. Ziporin |
| Defendant. | Leslie L. Schluter |
|  | William T. O'Connell, III |
|  | Eden R. Rolland |
|  | Andrew R. McLetchie |
|  | Dmitry B. Vilner |
|  | Jennifer H. Hunt |
|  | Kathleen L. Spalding |
|  | Sarah A. Thomas |
|  | Jonathan N. Eddy |

## COURTROOM MINUTES

**MOTION HEARING**

**9:34 a.m.**     **Court in session.**

Appearances of counsel.

Argument by Mr. O'Connell, III, Ms. Schluter, Mr. Eddy, Ms. Eytan, Ms. Hunt, Ms. Thomas, Ms. Fisher-Byrialsen, Ms. Whitson, Ms. Hunt.

**10:56 a.m.**    **Court in recess.**

**11:13 a.m.**    **Court in session.**

1

Argument by Mr. Poppe, Mr. McLetchie, Ms. Whitson, Mr. McLetchie, Ms. Whitson, Ms. Fisher-Byrialsen, Ms. Eytan, and Mr. Eddy.

**ORDERED:** [87] Defendant's Motion to Dismiss is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [94] Defendants Alex Walker and Jeffrey Lindsey's Motion to Dismiss is **TAKED UNDER ADVISEMENT.**

**ORDERED:** [95] Defendant Hurlbert's Motion to Dismiss is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [97] CBI Defendants' Motion to Dismiss is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [98] Defendant Joseph Cahill's Fed.R.Civ.P. 12(b)(6) Motion to Dismiss is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [104] Chaffee County Defendants' Motion to Dismiss is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [108] Defendant Himschoot's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [109] Defendant Hysjulien's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) is **TAKEN UNDER ADVISEMENT.**

Court indicates that a written order shall follow.

**12:19 p.m.**   Court in recess.   Hearing concluded. Total in court time:   2:28