IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BARRY MORPHEW, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-cv-01108-DDD-SKC |
| | ) |
| CHAFFEE COUNTY, COLORADO, et. al., | ) |
|     Defendants. | ) |

___

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**RE: RESPONSE TO MOTIONS TO DISMISS**
___

COMES NOW Plaintiff Barry Morphew, by and through counsel, and files this Notice of Supplemental Authority, supplementing his Responses to the Motions to Dismiss [Docs. 129, 130, 132, 134, 135, 136, and 137]. The following two cases were issued after briefing:

*Green v. Thomas*, NO. 3:23-CV-126-CWR-ASH, 2024 WL 2269133 (M.D. Miss. May 20, 2024). While this case is not binding on this Court, it provides persuasive guidance regarding the argument that the doctrines of qualified and absolute immunity should be abolished.

*Carbajal v. Watada*, No. 21-1370, 2024 WL 3887252 (10th Cir. Aug. 21, 2024). This case is pertinent to malicious prosecution claims against District Attorneys as well as issues regarding qualified and absolute immunity.

DENVER, COLORADO
DATED: August 28, 2024

                                            */s/Jane Fisher-Byrialsen*
                                            Jane Fisher-Byrialsen, Esq.
                                            Fisher & Byrialsen, PLLC
                                            4600 S. Syracuse St., 9th Fl.
                                            Denver, CO 80237
                                            (303) 256-6345
                                            Jane@FBLaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2024, I served a true and correct copy of the foregoing via ECF to: All counsel of record.

*/s/Jane Fisher-Byrialsen*