IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

V.

CHAFFEE COUNTY, COLORADO, et al.,

    Defendants.

_____

**SUPPLEMENT TO RESPONSES TO MOTIONS TO DISMISS (Dkts.**
_____

On August 21, 2024 the Court convened a hearing on the Defendant's Motions to Dismiss (Dkt Nos. 87, 94, 95, 97, 98, 104, 108). After the hearing, a pertinent ruling was issued that would have been attached to Mr. Morphew's responses had it been available: <u>People v. Linda Stanley</u>, 23 PDJ 41, *Order Imposing Sanctions Under C.R.C.P. 242.31*, (Colo. O.P.D.J. Sept. 10, 2024).

    Respectfully submitted this 12th day of September, 2024.

**FISHER & BYRIALSEN, P.L.L.C.**

*/s/Jane Fisher-Byrialsen*
Jane Fisher-Byrialsen, Esq.
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: 303-256-6345
E-Mail: Jane@FBLaw.org

Attorney for Plaintiff Barry Morphew

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing supplement was electronically filed on Sept. 12, 2024, using the CM/ECF system and served on all counsel of record.

/s/*Jane Byrialsen*