IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD-JPO

BARRY MORPHEW,

    Plaintiff,

v.

CHAFFEE COUNTY, Colorado;
BOARD OF COUNTY COMMISSIONERS OF CHAFFEE COUNTY, Colorado;
CHAFFEE COUNTY SHERIFF'S DEPARTMENT;
LINDA STANLEY, District Attorney, in her official and individual capacities;
JOHN SPEZZE, Chaffee County Sheriff, in his official and individual capacities;
ALEX WALKER, Eleventh Judicial District Attorney's Office Investigator;
JEFFREY LINDSEY, Deputy District Attorney;
MARK HURLBERT, Deputy District Attorney;
ANDREW ROHRICH, Chaffee County Undersheriff;
JOHN CAMPER, Colorado Bureau of Investigation Director;
SCOTT HIMSCHOOT, Chaffee County Sheriff's Deputy;
JOSEPH CAHILL, Colorado Bureau of Investigation Agent;
MEGAN DUGE, Colorado Bureau of Investigation Agent;
CAITLIN ROGERS, Colorado Bureau of Investigation Agent;
DEREK GRAHAM, Colorado Bureau of Investigation Agent;
KEVIN KOBACK, Colorado Bureau of Investigation Agent;
KIRBY LEWIS, Colorado Bureau of Investigation Agent;
CHRIS SCHAEFER, Colorado Bureau of Investigation Deputy Director of Investigations;
and JOHN/JANE DOES 1-10, and other unknown employees of the Eleventh Judicial District Attorney, and other unknown officers of the Chaffee County Sheriff's Department,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

1

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed September 24, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants and against Plaintiff, on Defendants' motions to dismiss. It is further

ORDERED that Plaintiff's complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this <u>24th</u> day of September, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk