IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01108-DDD

**BARRY MORPHEW,**

                  Plaintiff(s),

v.

**CHAFFEE COUNTY, et al.**

                  Defendant(s).

---

**NOTICE OF APPEAL FROM FINAL JUDGMENT**

---

Barry Morphew, through counsel, Jane Fisher-Byrialsen, Iris Eytan and Hollis Whitson appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on September 24, 2024. (Doc Nos. 161 and 162).

October 24, 2024

                                  FISHER & BYRIALSEN, P.L.L.C.

                                  /s/*Jane Fisher- Byrialsen*

                                  Jane Fisher-Byrialsen, Esq.
                                  4600 S. Syracuse Street, 9th Floor Denver,
                                  Colorado 80237
                                  T: 303-256-6345
                                  Jane@FBLaw.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was electronically filed on October 24, 2024 using the CM/ECF system, which will be automatically served on the following:

    All parties will be notified via ECF.

                      FISHER & BYRIALSEN, P.L.L.C.

                      /s/*Abigail Clement*
                      Abigail Clement
                      4600 S. Syracuse Street, 9th Floor
                      Denver, Colorado 80237
                      T: 303-256-6345
                      Abigail@FBLaw.org