IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-1108

BARRY MORPHEW,

                Plaintiff,

v.

Chaffee County, Colorado, et. al.

**MOTION TO WITHDRAW
MOTION FOR INDICATIVE RULING (DOC 167)
AND MOTION TO FILE AMEND CIVIL RIGHTS COMPLAINT (DOC 168)**

    Plaintiff Barry Morphew, by and through his attorneys, moves to withdraw Motions filed in this matter including Motion for Indicative Ruling (Doc 167) and Motion to File Amended Civil Rights Complaint (Doc 168) filed on December 4, 2024. Both motions were filed in error. Counsel for Plaintiff needs to finalize the conferral with opposing counsel for Defendants at which time the Motions will be re-filed.

    Respectfully submitted this 5th day of December 2024.

                                **FISHER & BYRIALSEN PLLC**

                                **/s/*Jane Fisher-Byrialsen***
                                Jane Fisher-Byrialsen, Esq.
                                Fisher & Byrialsen, PLLC
                                4600 S. Syracuse Street, 9th Floor
                                Denver, Colorado 80237
                                Telephone:(303) 256-6345
                                Email:Jane@FBLaw.org
                                *Attorney for Plaintiff Barry Morphew*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 5th day of December 2024, I electronically filed a true and exact copy of the above and foregoing **Motion to Withdraw Motion for Indicative Ruling and Motion to File Amended Civil Rights Complaint** with the Clerk of the Court using the CM/WCF system which will send notification of such filing to all email addresses for attorneys noticed on this case.

/s/ Abigail Clement
Abigail Clement, Paralegal
Fisher & Byrialsen, PLLC

2