IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-01108-DDD-SKC

BARRY MORPHEW,

    Plaintiff,

V.

CHAFFEE COUNTY, COLORADO, et al.,

    Defendants.

_____

**PROPOSED ORDER: REQUEST FOR INDICATIVE RULING**
_____

    This comes before the Court on Plaintiff's Motion for an Indicative Ruling as to whether, if this Court had jurisdiction, it would grant his motion to reopen the case pursuant to Rule 60(b) and permit filing of an amended complaint pursuant to Rule 15. (Docs. 171, 172, 173).

    This Court issues an indicative ruling that, if this Court had jurisdiction:

____    this Court would grant the motion to amend [or]

____    because this Court finds the motions present a substantial question, it would submit the matters for briefing by the parties and decide the issue.

                                            _____
                                            HONORABLE JUDGE DANIEL D. DOMENICO

Dated: _____